TESLA GRAY
PO BOX 538
FALLBROOK, CA 92088

FILED

2010 DEC 30 PM 2:18

CLERK
U.S. BANKRUPTCY CT.
SO DIST. OF CALIF.

## U.S. Bankruptcy Court
## Southern District of California

In re:

TESLA GRAY,

              DEBTOR

_____

ACTING UNITED STATES TRUSTEE,

              PLAINTIFF

    vs.

TESLA GRAY,

              DEFENDANT

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Bankruptcy Case No.: 08-10753-LA7

Adversary Case No: 10-90564-LA

ANSWER TO COMPLAINT TO DENY DEBTOR'S DISCHARGE PURSUANT TO 11 U.S.C. §§ 727 (a) (2), (a) (3),(a) (4), and (a) (5).

    Tesla Gray, Debtor/Defendant, hereby answers complaint of Acting United States Trustee as follows:

    This Bankruptcy Case started with only **ONE** creditor filing a two page involuntary Chapter 11 petition against Debtor/Defendant on October 28. 2008.  Debtor/Defendant has since learned that a ONE party filing an involuntary petition is not proper and should not have been allowed by the Court

    Debtor/Defendant hired Thomas Nelson as Attorney for case.

Answer to Objections - 1

9 months later on July 15, 2009 an Order for Relief under Chapter 11 was entered.

5 months after the above date, on December 21, 2009, the case was converted to a Chapter 7, with Ron Stadtmueller appointed as Trustee and Gary Rudolph hired as attorney for Trustee.

This case has been in limbo for 26 months. The last date for discharge was entered as November 30, 2010. Debtor/Defendant should be entitled to discharge of her case as of that date. She and her father Ray Gray, who has created and managed most of her business matters, have met with the Trustee and US Trustee on many occasions. Many hours have been put into voluntarily providing copies of EVERYTHING requested by the Trustee and the US Trustee. Detailed explanations of documents and events have been given—over and over and over. All questions asked by the Trustee, Ron Stadtmueller, the US Trustee, Jeanne Wanlass and the attorney for the Trustee, Gary Rudolph have been answered. All documents requested have been provided. Yet the US Trustee has misstated several items in this complaint.

The Debtor/Defendant vehemently objects to any and all assertions and accusations made by the US Trustee in this complaint. At the direction and supervision of attorney Thomas Nelson, all schedules, statements, applications, reports, etc were completed. At NO point did Debtor/Defendant knowingly or with intent conceal or mislead on schedules, financial statements, testimony. Debtor/Defendant and her father, Ray Gray, voluntarily submitted every single item requested (approximately 3 feet of documents) on several occasions, with thorough written and verbal explanations. All records of events, including purchase and sales of properties, insurance claims, Trustee Deeds resulting from foreclosures have been presented.

This Court has agreed to the abandonment of ALL Real Estate at the request of the Trustee.

This Court has agreed to the assignment of legal claims at the request of the Trustee.

The assertions made by the US Trustee are unfounded, especially the assertion about Kona Brothers Coffee LLC holding property that this Court has abandoned at the request of the Trustee.

Debtor/Defendant and her father, Ray Gray, were on their way to yet another meeting of the creditors and Trustees (attendance required per email from Gary Rudolph on September 21, 2010) on September 22, 2010 when they got a call from Gary Rudolph, Attorney for Chapter 7 Trustee, saying that the US Trustee would not allow what was to be the FINAL meeting for the Bankruptcy case without an attorney present for the Debtor/Defendant.  Both turned around and returned home.  This was a complete waste of time, caused by the US Trustee and at the expense of the Debtor/Defendant and her father, Ray Gray.  Now the US Trustee is asking for MORE TIME.

Debtor/Defendant hereby requests that the Court deny the petition of the US Trustee and discharge this case.  There is no need for a third year of going over the same details and the same history of events.  Debtor/Defendant requests a discharge so that she may get on with rebuilding her life—three years in limbo is extreme.  Others have been discharged in as little as 4 months.  Debtor/Defendant has provided all information and records as requested and should be granted a discharge in this case.

Dated:   December 29, 2010    By:   _____

                                    Tesla Gray

Answer to Objections - 3

In re Case No. 08-10753-LA7;
   Adv. No. 10-90564-LA

## CERTIFICATE OF MAILING

The undersigned, being a resident of the State of California and over the age of eighteen years hereby certifies that a true copy of the attached document, to wit:

### ANSWER TO COMPLAINT TO DENY DEBTOR'S DISCHARGE

Was enclosed in a sealed envelope and mailed to each of the parties at their respective address listed below:

JEANNE C. WANLASS
OFFICE OF THE US TRUSTEE
402 WEST BROADWAY, SUITE 600
SAN DIEGO, CA 92101

SULLIVAN HILL LEWIN REZ &ENGEL
GARY RUDOLPH
550 WEST C STREET SUITE 1500
SAN DIEGO, CA 92101

Said envelope (s) containing such document were deposited by me in a regular United States Post Office mail box in Fallbrook, CA on December 29, 2010

Linda Gray