JEANNE C. WANLASS, ATTORNEY #167215
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
402 WEST BROADWAY, SUITE 600
SAN DIEGO, CA 92101-8511
(619) 557-5013

Attorney for
TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

UNITED STATES BANKRUPTCY COURT

Southern District of California

| In re:                          | )   | Case No. 08-10753-LA7 |
|---------------------------------|-----|-----------------------|
| TESLA GRAY,                     | )   | Adversary No. 10-90564-LA |
|                                 | )   | Status Report Regarding |
|                                 | )   | Adversary Proceeding |
| Debtor.                         | )   | |
| ACTING UNITED STATES TRUSTEE,   | )   | |
| Plaintiff,                      | )   | |
| v.                              | )   | |
| TESLA GRAY,                     | )   | |
| Defendant.                      | )   | |

The Acting United States Trustee, plaintiff herein (the "UST"), hereby files the following status report in the above-entitled adversary proceeding.

Tesla Gray (the "Debtor") is the debtor in a case which is currently a chapter 7 proceeding, case no. 08-10753-LA7. Her meeting of creditors has not been concluded. The Debtor's attorney

of record is Thomas Nelson.  As of late 2010, Mr. Nelson has not appeared at the Debtor's last meetings of creditors.  The Debtor has therefore also not attended her most recent creditor meetings. The Debtor has also not retained new counsel or substituted herself in pro per.  Mr. Nelson also listed as attorney of record on the docket of this proceeding although he did not sign the Debtor's answer.  The UST has further questions for the Debtor before determining whether amendments to the complaint objecting to the Debtors' discharge or a motion to dismiss the Debtor's case are warranted but cannot ask them at the creditor meeting without the Debtor having substituted in counsel.  Out of caution, the UST intends to seek approval to approach the Debtor directly.

Respectfully submitted,

TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

Dated: March 29, 2011 By: _____
Jeanne C. Wanlass,
Trial Attorney for the
Acting United States Trustee

2