JEANNE C. WANLASS, ATTORNEY #167215
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
402 WEST BROADWAY, SUITE 600
SAN DIEGO, CA 92101-8511
(619) 557-5013

Attorney for
TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

UNITED STATES BANKRUPTCY COURT

Southern District of California

In re:

TESLA GRAY,

                        Debtor.
_____

ACTING UNITED STATES TRUSTEE,

                        Plaintiff,

v.

TESLA GRAY,

                        Defendant.
_____

Case No. 08-10753-LA7

Adversary No. 10-90564-LA

Status Report Regarding
Adversary Proceeding

     The Acting United States Trustee, plaintiff herein (the "UST"), hereby files the following status report in the above-entitled adversary proceeding.

     Tesla Gray (the "Debtor") is the debtor in a case which is currently a chapter 7 proceeding, case no. 08-10753-LA7. Her meeting of creditors has not been concluded. The Debtor's attorney

of record is Thomas Nelson. As of late 2010, Mr. Nelson has not appeared at the Debtor's last meetings of creditors. The Debtor has therefore also not attended her most recent creditor meetings. The Debtor has also not retained new counsel or substituted herself in pro per. Mr. Nelson also listed as attorney of record on the docket of this proceeding although he did not sign the Debtor's answer. The UST has further questions for the Debtor before determining whether amendments to the complaint objecting to the Debtors' discharge or a motion to dismiss the Debtor's case are warranted but cannot ask them at the creditor meeting without the Debtor having substituted in counsel. Out of caution, the UST has filed a motion to have a deadline set for the Debtor to hire counsel or be deemed to represent herself. The hearing on this motion is set for July 21, 2011 at 2:00 p.m.

Respectfully submitted,

TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

Dated: July 6, 2011      By: _Jeanne C. Wanlass_
                             Jeanne C. Wanlass,
                             Trial Attorney for the
                             Acting United States Trustee

2