DAVID A. ORTIZ, TRIAL ATTORNEY #167587
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
402 WEST BROADWAY, SUITE 600
SAN DIEGO, CA 92101
(619) 557-5013

Attorney for
TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>TESLA GRAY,<br><br>     Debtor.<br><br>---<br><br>ACTING UNITED STATES TRUSTEE,<br><br>     Plaintiff,<br><br>v.<br><br>TESLA GRAY,<br><br>     Defendant. | Case No.: 08-10753-LA7<br><br>Adv. Proc. No. 10-90564-LA<br>Chapter 7<br><br>**UNITED STATES TRUSTEE'S MOTION TO STRIKE DEFENDANT'S ANSWER AND FOR ENTRY OF DEFAULT AS SANCTION FOR BAD FAITH CONDUCT AND FAILURE TO ABIDE BY ORDER OF THE COURT; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF DAVID A. ORTIZ IN SUPPORT THEREOF**<br><br>[11 U.S.C. §105(a); Fed. R. Bankr. P. 7012; Fed. R. Civ. P. 12(f); Fed. R. Bankr. P. 7055; Fed. R. Civ. P. 55(a)]<br><br>Date:  November 8, 2012<br>Time:  2:00 p.m.<br>Dept:  Two<br>Judge: Honorable Louise DeCarl Adler |

Tiffany L. Carroll, the Acting United States Trustee respectfully submits the following Motion to Strike the Answer of Defendant Tesla Gray Without Leave to Amend and for Entry of Default as Sanction for Bad Faith Conduct and Failure to Abide by Order of the Court (the

"Motion"), Memorandum of Points and Authorities, and Declaration of David A. Ortiz in support thereof:

## MOTION

Tiffany L. Carroll, the Acting United States Trustee and Plaintiff in the above captioned adversary proceeding (the "UST"), hereby moves the Court pursuant to 11 U.S.C. §105 (a) and Federal Rule of Bankruptcy Procedure 7012(b), incorporating Federal Rule of Civil Procedure 12(f), to strike the answer (the "Answer") of Defendant Tesla Gray ("Defendant") without leave to amend as sanction for bad faith conduct and failure to abide by Order of the Court. The UST further moves pursuant to Federal Rule of Bankruptcy Procedure 7055, incorporating Federal Rule of Civil Procedure 55(a), that upon striking the Answer without leave to amend, the Court enter a default to allow the UST to proceed to prove-up and obtain a default judgment.

The Motion is supported by the Memorandum of Points and Authorities and Declaration of David A. Ortiz in support thereof, and upon such other oral or written evidence that may be submitted to the Court at the hearing on this Motion.

Respectfully submitted,

TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

Dated: October 11, 2012

By:  /s/ David A. Ortiz
David A. Ortiz,
Attorney for the
Acting United States Trustee

OFFICE OF THE
UNITED STATES
TRUSTEE

2

UST v. TESLA GRAY
Adv. Proc. No. 10-90564-LA / Bk Case No. 08-10753-LA7
Motion to Strike Answer and for Entry of Default

## MEMORANDUM OF POINTS & AUTHORITIES

### I.

### INTRODUCTION

The UST has attempted on numerous occasions to move this adversary proceeding forward. To that end, the UST has attempted to get defendant Tesla Gray ("Defendant") to participate in the mandatory "meet and confer" required by Local Bankruptcy Rule 7016-2 and Fed. R. Bankr. P. 7026. However, and as set forth in more detail below, those efforts have been frustrated due to obstreperous conduct by Defendant with respect to representations regarding retention of counsel; and, in the absence of retaining counsel, Defendant has failed to comply with a Court order requiring she proceed in the adversary *in pro per*.

In addition to the delays created by Defendant's failure to comply with this Court's order, she failed to file a legally sufficient "answer" that specifically admits or denies the allegations raised in the complaint filed by the UST. Rather, what was filed as Defendant's "answer" fails to meet even minimal requirements of Fed. R. Civ. P. 8(b) as incorporated herein by Fed. R. Bankr. P. 7008.

The UST submits that the Defendant's willful failure to comply with this Court's order to participate in defense of the UST's complaint (and repeated obstreperous conduct when requested by the UST to meet and confer), coupled with her failure to file an "answer" that meets the requirements of Rule 7008, constitutes bad faith conduct and is grounds to strike Defendant's answer without leave to amend. The UST further submits that the Defendant's failures as noted herein are sufficient grounds to grant the UST's request for the entry of a default.

### II.

### FACTUAL BACKGROUND

1. The underlying bankruptcy case was commenced with the filing of a chapter 11 involuntary petition for relief on October 28, 2008. *See Request for Judicial Notice In Support Of United States Trustee's Motion To Strike Defendant's Answer And For Entry Of Default As Sanction For Bad Faith Conduct And Failure To Abide By Order Of The Court* (hereinafter "RFJN") at 1. On July 15, 2009, the Court entered an order for relief in the chapter 11 case. *Id.* Defendant's initial bankruptcy attorney was Thomas Nelson. *Id.* at 1-2.

OFFICE OF THE
UNITED STATES
TRUSTEE

3

UST v. TESLA GRAY
Adv. Proc. No. 10-90564-LA / Bk Case No. 08-10753-LA7
Motion to Strike Answer and for Entry of Default

2.    On December 21, 2009, the Court entered an order converting the chapter 11 case to one under chapter 7. *Id.* at 2.  Ronald Stadtmueller was appointed the chapter 7 trustee. *Id.*  On November 30, 2010, the instant adversary proceeding was commenced (10-90574-LA) (the "Adversary") with the filing of a complaint ("Complaint") objecting to Defendant's discharge. *See* Complaint, RFJN at Exhibit "A."  On December 30, 2010, Defendant filed an "answer" ("Answer") signed by Defendant in *pro per*. *See* Answer, RFJN at Exhibit "B."

3.    The Answer is a three page document that fails to comply with the minimal requirements of Fed. R. Bankr. P. 8(a) because Defendant: fails to admit or deny the allegations asserted against her by the UST, fails to respond to the substance of the allegations, and fails to state in short and plain terms any defenses to each claim asserted against her. *See* RFJN at Exhibit "B." Moreover, the Answer fails to affirmatively state any avoidance or affirmative defense. *Id.*

4.    Instead, the Answer contains a legally insufficient "general denial" at page 2, lines 18-19, which states: "Debtor/Defendant vehemently objects to any and all assertions and accusations made by the US Trustee in this complaint." *See* Answer at 2:18-19, RFJN Exhibit "B".  This general denial extends to all UST factual averments in the Complaint, including, but not limited to: a) jurisdiction of this Court over this matter (Complaint at ¶1); b) the identity of the parties to this action (Complaint at ¶¶2-3); c) the dates the case was commenced and order for relief entered (Complaint at ¶¶ 3-4); d) the name of the chapter 7 trustee appointed in the case (Complaint at ¶5); e) dates Defendant filed her schedules, statements and amendments thereto (Complaint at ¶¶ 6-27); and f) dates Defendant appeared for testimony at her 11 U.S.C. §341(a) Meeting (Complaint at ¶¶ 29-39). *See* Complaint, RFJN at Exhibit "A."  The balance of the Answer, for the most part, consists of Defendant's argument describing why, in her view, Defendant should be granted a discharge. *See* Answer, RFJN at Exhibit "B."

5.    Compounding the ineffective Answer was the question regarding who was representing Defendant in both the underlying bankruptcy case and instant adversary proceeding. *See* Status Reports Regarding Adversary Proceeding, RFJN at Exhibits "C and D," respectively.  To resolve that question, the UST filed a motion requesting Defendant be compelled to either retain new counsel or herself be deemed to proceed in *pro per*. *See* Motion to Set Deadline for Debtor to Retain

OFFICE OF THE
UNITED STATES
TRUSTEE

4

UST v. TESLA GRAY
Adv. Proc. No. 10-90564-LA / Bk Case No. 08-10753-LA7
Motion to Strike Answer and for Entry of Default

Counsel or be Deemed Counsel of Record in Bankruptcy Case and Adversary Proceeding, RFJN at Exhibit "E."

6.      On July 27, 2011, this Court entered its Order Removing Thomas Nelson as Counsel for the Debtor and Substituting Tesla Gray as Counsel in *Pro Per*. *See* Order, RFJN at Exhibit "F." The order clearly established that UST counsel could contact Defendant directly without fear of violating Cal. R. Prof. Conduct 2-100, which prohibits direct contact with parties who are represented by counsel. *Id.*

7.      Notwithstanding the entry of that Order, two days later (July 29, 2011) Defendant filed a substitution of attorney whereby Ajay Gupta, Esq., of the Gupta Legal Center was substituted into the case as counsel of record. *See* Substitution of Attorney, RFJN at Exhibit "G." Upon receipt of the Substitution of Attorney, counsel for the UST contacted "new" counsel, Ajay Gupta, to discuss getting the Adversary back on track. *See Declaration of David Ortiz in Support of UST's Motion to Strike Answer Without Leave to Amend and for Entry of Default ("Ortiz Decl.")* at ¶1. Given the fact that counsel had only just stepped into the case, the UST agreed to allow Mr. Gupta time to get up to speed. *Id.*

8.      After Mr. Gupta became involved in the case, attempts were made to arrive at a global resolution of the UST's Adversary and other actions involving Trustee Stadtmueller. *Id.* at ¶2. On October 12, 2011, a formal settlement offer was advanced by Mr. Gupta to the UST to resolve the Adversary. *Id.* That offer was rejected as insufficient. *Id.*

9.      After rejection of the initial settlement offer, counsel for the UST and Mr. Gupta continued to dialog. *Id.* at ¶3. On October 26, 2011, the UST advanced a settlement offer to Mr. Gupta. *Id.* at ¶4. On November 23, 2011, having not received a response the UST sent Mr. Gupta an e-mail requesting a  meet and confer to discuss discovery and get the Adversary back in trial mode. *Id.*

10.      On December 12, 2011, Mr. Gupta sent the UST an e-mail stating he no longer represented Defendant in the Adversary. *See December 12, 2012 e-mail*, attached to the *Ortiz Decl.* at Exhibit 1. However, since Mr. Gupta remained Defendant's counsel in the underlying chapter 7

OFFICE OF THE
UNITED STATES
TRUSTEE

5

UST v. TESLA GRAY
Adv. Proc. No. 10-90564-LA / Bk Case No. 08-10753-LA7
Motion to Strike Answer and for Entry of Default

case, he gave written permission to contact Defendant to take whatever actions were necessary to advance the Adversary. *Id.*

11.     In early February, 2012, the UST requested updated contact information for Defendant from Mr. Gupta, in an attempt to reach Defendant to schedule a meet and confer to discuss discovery and schedule the pre-trial status conference. *See February 10, 2012 e-mail,* attached to the *Ortiz Decl.* at Exhibit 2.

12.     On March 7, 2012, the counsel for the UST reached Defendant by telephone and followed up with an e-mail, proposing a date and time to meet and confer to get the Adversary back on track. *See March 7, 2012 e-mail,* attached to the *Ortiz Decl.* at Exhibit 3.

13.     Later the same day, after having discussed the pre-trial meet and confer with Defendant and proposed dates and times, counsel for the UST received an e-mail from Defendant expressing "shock" that Mr. Gupta was no longer representing her in the Adversary. *See Tesla Gray E-mail dated March 7, 2012,* attached to the *Ortiz Decl.* at Exhibit 4.

14.     Upon hearing from Defendant that she believed she was still represented by Mr. Gupta, the UST sent an e-mail to Mr. Gupta requesting clarification. *See March 8, 2012 e-mail,* attached to the *Ortiz Decl.* at Exhibit 5.

15.     On March 9, 2012, Mr. Gupta discussed the contradictions concerning his status as counsel for Defendant with the UST. *Ortiz Decl.* at ¶10. That conversation was memorialized by a follow up e-mail where Mr. Gupta confirmed he would discuss the matter further with Defendant. *See March 9, 2012 e-mail,* attached to the *Ortiz Decl.* at Exhibit 6.

16.     On March 14, 2012, counsel for the UST received an e-mail from Defendant confirming that she was no longer represented by Mr. Gupta. *See Tesla Gray E-mail dated March 14, 2012,* attached to the *Ortiz Decl.* at Exhibit 7.  Mr. Gupta followed up with an e-mail to the UST confirming same. *See March 14, 2012 e-mail,* attached to the *Ortiz Decl.* at Exhibit 8.

17.     With the issue of Mr. Gupta's involvement resolved, the UST sent Defendant an e-mail memorializing a telephone conference where the UST proposed new dates and times for the mandatory "meet and confer" and to discuss discovery and exchange documents. *See March 21, 2012 e-mail,* attached to the *Ortiz Decl.* at Exhibit 9.

OFFICE OF THE
UNITED STATES
TRUSTEE

6

UST v. TESLA GRAY
Adv. Proc. No. 10-90564-LA / Bk Case No. 08-10753-LA7
Motion to Strike Answer and for Entry of Default

18.     Rather than proceed in *pro per* and either agree to the proposed dates and times or request new ones, Defendant responded by informing the UST that she had asked an attorney named David Griffin to represent her in the case.  She stated that Mr. Griffin would be in communication with counsel for the UST within the week. *See Tesla Gray E-mail dated March 23, 2012*, attached to the *Ortiz Decl.* at Exhibit 10.  Mr. Griffin's contact information was requested by counsel for the UST. *See March 23, 2012 e-mail*, attached to *the Ortiz Decl.* at Exhibit 11.

19.     On Friday, March 23, 2012, counsel for the UST received an e-mail from attorney David Griffin indicating that he had discussed the matter with Defendant but had not yet agreed to take on representation of Defendant in the Adversary. *See David Griffin E-mail dated March 23, 2012*, attached to the *Ortiz Decl.* at Exhibit 12.  Counsel for the UST responded and requested that Mr. Griffin provide confirmation of his acceptance of the case in short order. *See March 23, 2012 e-mail*, attached to the *Ortiz Decl.* at Exhibit 13.  Later that evening, Mr. Griffin sent an ambiguously worded e-mail that both stated his concerns about his qualifications to represent Defendant but at the same time stating that he would "get our side lined up and responsive and the matter dealt with in a forthright and transparent manner." *See David Griffin E-mail dated March 23, 2012*, attached to the *Ortiz Decl.* at Exhibit 14.  The e-mail went on to request a meeting with the UST the following week. *Id.*

20.     On Monday March 26, 2012, counsel for the UST sent Mr. Griffin an e-mail requesting that he formally substitute into the case before scheduling the meet and confer. *See March 26, 2012 e-mail*, attached to the *Ortiz Decl.* at Exhibit 15.  When the UST failed to receive a response from Mr. Griffin or note any substitution of attorney having been filed in the case, a follow up e-mail was sent to Mr. Griffin on April 11, 2012. *See April 11, 2012 e-mail*, attached to the *Ortiz Decl.* at Exhibit 16.

21.     Mr. Griffin never again contacted the UST. Nor did he respond to the two e-mails requesting he formally substitute into the case.  On April 25, 2012, counsel for the UST attempted for a third time to schedule the mandatory "meet and confer" with Defendant. *See April 25, 2012 e-mail*, attached to the *Ortiz Decl.* at Exhibit 17.  The e-mail proposed two dates to conduct the meet and confer at the Office of the United States Trustee:  Thursday May 3, 2012 at 10:00 a.m. and

OFFICE OF THE
UNITED STATES
TRUSTEE

UST v. TESLA GRAY
Adv. Proc. No. 10-90564-LA / Bk Case No. 08-10753-LA7
Motion to Strike Answer and for Entry of Default

Friday May 4, 2012 at 2:00 p.m. *Id.*   Defendant failed to present herself at either date and time. *Ortiz Decl.* at ¶22.

### III.

### ARGUMENT

**A. The Court should sanction Defendant by striking her Answer for her failure to cooperate with the UST, failure to abide by an Order of the Court and failure to file an answer that meets the requirements of Fed. R. Bankr. P. 8 (a).**

 **i.   Defendant's "general denial" in the Answer is insufficient should be stricken as filed in bad faith.**

Federal Rule of Bankruptcy Procedure 7008 (a)[1] requires a party in its answer to: 1) "state in short and plain terms its defenses to each claim asserted against it" [Fed. R. Civ. P. 8(b)(1)(A)]; and, 2) "admit or deny the allegations asserted against it by an opposing party" [Fed. R. Civ. P. 8(b)(1)(B)]. Moreover, denials "must fairly respond to the substance of the allegation." Fed. R. Civ. P. 8(b)(2). The purpose of Fed. R. Civ. P. 8(b) is to require a defendant to state which "allegations in the complaint that stand admitted and will not be in issue at trial and those that are contested and will require proof to be established to enable plaintiff to prevail...." *Farrell v. Pike*, 342 F. Supp. 2d 433, 441 (M.D.N.C. 2004)(citations omitted).

Defendant's Answer, however, fails to provide the UST (as plaintiff) with notice of what averments are admitted and what are subject to proof at trial. The general denial contained in the Defendant's Answer falls well short of meeting the substance of the allegations in the Complaint such that the UST can frame the issues in this case for trial.

Defendant's "general denial" states that: "Debtor/defendant vehemently objects to any and all assertions and accusations made by the US Trustee in this complaint." Answer at 2:18-18, RFJN Exhibit "B." However, even arguably indisputable factual averments such as: a) the jurisdiction of this Court over this matter (Complaint at ¶1); b) the identity of the parties to this action (Complaint at ¶¶2-3); c) the dates the case was commenced and order for relief entered (Complaint at ¶¶ 3-4); d) the name of the chapter 7 trustee appointed in the case (Complaint at ¶5); e) dates Defendant filed

---

[1] Federal Rule of Bankruptcy Procedure 7008(a) incorporates Federal Rule of Civil Procedure 8 *General Rules of Pleading*.

OFFICE OF THE
UNITED STATES
TRUSTEE

8

UST v. TESLA GRAY
Adv. Proc. No. 10-90564-LA / Bk Case No. 08-10753-LA7
Motion to Strike Answer and for Entry of Default

her schedules, statements and amendments thereto (Complaint at ¶¶ 6-27); and f) dates Defendant appeared for testimony at her 11 U.S.C. §341(a) Meeting (Complaint at ¶¶ 29-39) are all denied. The UST submit that this "general denial" is in bad faith and givens rise to grounds to strike the entire Answer.

Rule 8(b)(3) permits general denials only where the defendant, "in good faith" can deny all allegations in the complaint ... "including the jurisdictional grounds ... " Fed. Rule Civ. P.  8(b)(3). A party that does not intend to deny all the allegations of a pleading must either specifically deny or generally deny all the allegations except those specifically admitted. FRCP 8(b)(3).  *Joe Hand Promotions Inc. v Nguyen*, 2011 WL 2893079 1 (N.D. CA 2011). "A court may strike portions of the pleading if bad faith is found to underlie the denial." *Great W. Life Assur. Co. v. Levithan*, 834 F. Supp. 858, 864-65 (E.D. Pa. 1993); s*ee also Sun-Maid Raisin Growers Ass'n v. Neustadter Bros.*, 115 F.2d 126, 127-128 (9th Cir. 1940) (noting that sham denial based on lack of information and belief was stricken by district court on plaintiff's motion).

The Court in *Joe Hand Promotions, Inc. v Nguyen* held that a general denial was not made in good faith because the defendant denied jurisdictional grounds even though, clearly, the defendant resided in the district. *Joe Hand Promotions Inc. v Nguyen*, 2011 WL 2893079 1 (N.D. CA 2011). Similarly, with respect to the instant Adversary, the general denial is bad faith.  This Court clearly has jurisdiction over this Adversary as the underlying bankruptcy case is being administered in this same district. Moreover, factual averments such as the identity of Defendant as a debtor in the underlying bankruptcy case, the identity of the chapter 7 trustee, the dates Defendant filed schedules, statements and amendments, as well as dates Defendant appeared for examination at the 11 U.S.C. §341(a) Meeting, are all not reasonably subject to dispute.

When the Defendant's Answer is then examined within the context of her conduct throughout this entire Adversary, the bad faith nature of her refusal to participate in the prosecution of this Adversary is apparent.   On July 27, 2011, this Court entered an order directing Defendant represent her interests in *pro per* in this Adversary.  However, shortly after the entry of that order, Defendant sought and obtained counsel to represent her.  While settlement was attempted, none was had and on December 12, 2011, Defendant's then counsel, Ajay Gupta, informed the UST that he no

OFFICE OF THE
UNITED STATES
TRUSTEE

9

UST v. TESLA GRAY
Adv. Proc. No. 10-90564-LA / Bk Case No. 08-10753-LA7
Motion to Strike Answer and for Entry of Default

longer represented Defendant in the Adversary. However, rather than participate in the case in *pro per*, when the UST attempted to schedule the mandatory pre-trial meet and confer on March 7, 2012, Defendant advised the UST that Mr. Gupta did indeed still represent her. One week later, the UST received confirmation that Mr. Gupta *did not* represent Defendant.

The UST then again attempted to schedule the mandatory pre-trial meet and confer, and Defendant again stated she had retained "new" counsel. However, that was not the case. While an attorney named David Griffin did contact counsel for the UST, he never filed a notice of appearance or otherwise substitute into the Adversary. After more delays engendered by Defendant's continued instance that she was represented by counsel (despite the Court's order directing she either definitively obtain counsel or appear in *pro per*), counsel for the UST attempted on two separate occasions to get the Adversary back on track and scheduled the mandatory meet and confer, but those efforts were met with silence from Defendant. Moreover, Defendant failed to present herself on the dates and times set by the UST for the "meet and confer."

ii. **The Court should strike Defendant's Answer as a sanction for her failure to abide this Court's order that she obtain counsel or represent herself in the Adversary and for her bad faith conduct in connection with the UST's attempts to move the Adversary forward.**

Federal Rule of Bankruptcy Procedure 7012(a) provides in relevant part:

RULE 7012. DEFENSES AND OBJECTIONS–WHEN AND HOW PRESENTED . . .

    (a) When Presented. If a complaint is duly served, the defendant shall
    serve an answer within 30 days after the issuance of the summons . . .

Federal Rule of Bankruptcy Procedure 7012(f) incorporating Federal Rule of Civil Procedure 12(f) provides in relevant part:

    MOTION TO STRIKE. The court may strike from a pleading an insufficient
    defense or any redundant, immaterial, impertinent, or scandalous matter. .

    (1) on its own . . .

In other words, Rule 12(f) authorizes the Court to strike a pleading or any portion thereof upon its own initiative at any time. *Id.* Courts have inherent equitable power to impose sanctions against

OFFICE OF THE
UNITED STATES
TRUSTEE

UST v. TESLA GRAY
Adv. Proc. No. 10-90564-LA / Bk Case No. 08-10753-LA7
Motion to Strike Answer and for Entry of Default

both attorneys and parties for "bad faith" conduct in litigation or for "willful disobedience" of a court order. *Chambers v. NASCO, Inc.*, 501 U.S. 32, 43, 111 S.Ct. 2123, 2132 (1991). This includes the power to strike a defendant's answer and enter a default judgment against the defendant for "abusive litigation practices." *TeleVideo Systems, Inc. v. Heidenthal*, 826 F.2d 915, 917 (9th Cir. 1987). Where a party has notice of a court order and fails to participate in required activities according to the deadlines set by the court, significant sanctions are appropriate. *See Nascimento* v. *Dummer*, 508 F.3d 905, 909 (9th Cir. 2007) (holding that dismissal of complaint was proper sanction for failing to appear at scheduled pretrial conference); *Thompson* v. *Housing Authority of the City of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986) (affirming dismissal of action for failure to comply with pretrial procedures mandated by local rules and court orders).

As noted above, the UST attempted to get Defendant to participate in the mandatory meet and confer and get the Adversary on track. However, those efforts were repeatedly met with excuses and misleading representations that Defendant was represented by counsel. After Mr. Gupta exited the case, the UST repeatedly tried to move the Adversary along. However, Defendant raised obstacles by informing the UST she had counsel, when in fact she did not. It is not possible to move a matter toward trial when one side refuses to participate in the process; and that is precisely what has happened here.

Moreover, Defendant ignored this Court's order that she represent herself in this matter if she could not procure the services of counsel. At some point, Defendant has to either participate in the process or face sanctions for not doing so. The UST submits that that time has come. Defendant was afforded more than ample opportunity to either proceed in her own defense or obtain counsel. She has filed to do either. The UST submits that the appropriate sanction is striking Defendant's answer and to enter a default.

**B.  The United States Trustee Requests the Court Direct the Clerk to Enter a Default.**

Federal Rule of Bankruptcy Procedure 7055 incorporating Federal Rule of Civil Procedure 55 provides in relevant part:

OFFICE OF THE
UNITED STATES
TRUSTEE

11

RULE 55. DEFAULT; DEFAULT JUDGMENT

(a) ENTERING A DEFAULT. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

The UST requests that, to the extent the Court grants the UST's motion to strike as requested herein, that the Court direct the Clerk of the Court to enter a default in the above-captioned adversary proceeding. Once that relief is granted, the UST shall proceed to request the entry of a default judgment in accordance with Fed. R. Bank. P 55(b)(2).

## IV.

## CONCLUSION

In light of the foregoing, Plaintiff Tiffany L. Carroll, Acting United States Trustee, respectfully requests the Court to strike the answer of Defendant Tesla Gray in accordance with Fed. R. Civ. P. 12(f) and instruct the Clerk to enter a default in accordance with Fed. R. Civ. P. 55(a).

Respectfully submitted,
TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

Dated: October 11, 2012

By:____/s/ David A. Ortiz____
David A. Ortiz
Attorney for the
Acting United States Trustee

OFFICE OF THE
UNITED STATES
TRUSTEE

12

UST v. TESLA GRAY
Adv. Proc. No. 10-90564-LA / Bk Case No. 08-10753-LA7
Motion to Strike Answer and for Entry of Default

## DECLARATION OF DAVID A. ORTIZ

I, DAVID A. ORTIZ, declare:

I am an attorney, licensed to practice law in the State of California and before this Court. I am a trial attorney employed by the Office of the United States Trustee. I have personal knowledge of the facts stated herein, except for those matters alleged on information and belief and as to those matters I believe them to be true, and could and would competently testify thereto if called as a witness.

1.     On July 29, 2011, I became aware of a substitution of attorney filed by defendant Tesla Gray ("Defendant") whereby Ajay Gupta, Esq., of the Gupta Legal Center substituted into the case as counsel of record. At that time I contacted "new" counsel, Ajay Gupta, to discuss getting the instant Adversary back on track. Given the fact that counsel had only just stepped into the case, I agreed to allow Mr. Gupta time to get up to speed.

2.     After Mr. Gupta became involved in the case, I made attempts to arrive at a global resolution of the UST's Adversary and other actions involving Trustee Stadtmueller. On October 12, 2011, I received a formal settlement offer from Mr. Gupta to resolve the Adversary. That offer was rejected as insufficient.

3.     After rejection of the initial settlement offer, I continued to dialog with Mr. Gupta to try and reach a settlement in the Adversary. Numerous e-mails were exchanged and a second attempt at settlement of the Adversary as made. However, we were unable to reach agreement yet a second time.

4.     On October 26, 2011, I advanced a settlement offer to Mr. Gupta. On November 23, 2011, having not received a response I sent Mr. Gupta an e-mail requesting a meet and confer to discuss discovery and get the Adversary back in trial mode.

5.     On December 12, 2011, Mr. Gupta sent me an e-mail stating he no longer represented Defendant in the Adversary. *See Gupta December 12, 2012 e-mail*, attached hereto at Exhibit 1. However, as he remained Defendant's counsel in the underlying chapter 7 case, he gave written permission to contact Defendant to take whatever actions were necessary to advance the Adversary. *Id.*

OFFICE OF THE
UNITED STATES
TRUSTEE

13

UST v. TESLA GRAY
Adv. Proc. No. 10-90564-LA / Bk Case No. 08-10753-LA7
Motion to Strike Answer and for Entry of Default

6.    In early February, 2012, I requested updated contact information for Defendant from Mr. Gupta in an attempt to reach Defendant to schedule a meet and confer to discuss discovery and schedule the pre-trial status conference. *See E-mail dated February 10, 2012*, attached hereto at Exhibit 2.

7.    On March 7, 2012, I reached Defendant by telephone and followed up with an e-mail, proposing a date and time to meet and confer to get the Adversary back on track. *See E-mail dated March 7, 2012*, attached hereto at Exhibit 3.

8.    Later the same day, after having discussed the pre-trial meet and confer with Defendant and proposed dates and times, I received an e-mail from Defendant expressing "shock" that Mr. Gupta was no longer representing her in the Adversary. *See Tesla Gray E-mail dated March 7, 2012*, attached hereto at Exhibit 4.

9.    Upon hearing from Defendant that she believed she was still represented by Mr. Gupta, I sent an e-mail to Mr. Gupta requesting clarification. *See E-mail dated March 8, 2012*, attached hereto at Exhibit 5.

10.    On March 9, 2012, Mr. Gupta and I discussed the contradictions concerning his status as counsel for Defendant. That conversation was memorialized by a follow up e-mail where Mr. Gupta confirmed he would discuss the matter further with Defendant. *See E-mail dated March 9, 2012*, attached hereto at Exhibit 6.

11.    On March 14, 2012, I received an e-mail from Defendant confirming that she was no longer represented by Mr. Gupta. *See Tesla Gray E-mail dated March 14, 2012*, attached hereto at Exhibit 7. Mr. Gupta followed up with an e-mail to me confirming same. *See E-mail dated March 14, 2012*, attached hereto at Exhibit 8.

17.    With the issue of Mr. Gupta's involvement resolved, I sent Defendant an e-mail memorializing a telephone conference where I proposed new dates and times for the mandatory "meet and confer" and to discuss discovery and exchange documents. *See E-mail dated March 21, 2012*, attached hereto at Exhibit 9.

18.    Rather than proceed in *pro per* and either agree to the proposed dates and times or request new ones, Defendant responded by informing me that she had asked an attorney named

OFFICE OF THE
UNITED STATES
TRUSTEE

David Griffin to represent her in the case. She stated that Mr. Griffin would be in communication with me within the week. *See Tesla Gray E-mail dated March 23, 2012*, attached hereto at Exhibit 10. Mr. Griffin's contact information was requested by myself. *See E-mail dated March 23, 2012*, attached hereto at Exhibit 11.

19.    On Friday, March 23, 2012, I received an e-mail from attorney David Griffin indicating that he had discussed the matter with Defendant but had not yet agreed to take on representation of Defendant in the Adversary. *See David Griffin E-mail dated March 23, 2012*, attached hereto at Exhibit 12. I responded and requested that Mr. Griffin provide confirmation of his acceptance of the case in short order. *See E-mail dated March 23, 2012*, attached hereto at Exhibit 13. Later that evening, Mr. Griffin sent an ambiguously worded e-mail that both stated his concerns about his qualifications to represent Defendant but at the same time stating that he would "get our side lined up and responsive and the matter dealt with in a forthright and transparent manner." *See David Griffin E-mail dated March 23, 2012*, attached hereto at Exhibit 14. The e-mail went on to request a meeting with the UST the following week. *Id.*

20.    On Monday March 26, 2012, I sent Mr. Griffin an e-mail requesting that he formally substitute into the case before scheduling the meet and confer. *See E-mail dated March 26, 2012*, attached hereto at Exhibit 15. When I failed to receive a response from Mr. Griffin or note any substitution of attorney having been filed in the case, I sent a follow up e-mail to Mr. Griffin on April 11, 2012. *See E-mail dated April 11, 2012*, attached hereto at Exhibit 16.

21.    Mr. Griffin never again contacted the me or anyone in the Office of the United States Trustee with respect to the instant Adversary. Nor did he respond to the two e-mails I sent requesting he formally substitute into the case.

22.    On April 25, 2012, I attempted for a third time to schedule the mandatory "meet and confer" with Defendant. *See E-mail dated April 25, 2012*, attached hereto at Exhibit 17. The e-mail proposed two dates to conduct the meet and confer at the Office of the United States Trustee:

/    /    /

/    /    /

/    /    /

OFFICE OF THE
UNITED STATES
TRUSTEE

UST v. TESLA GRAY
Adv. Proc. No. 10-90564-LA / Bk Case No. 08-10753-LA7
Motion to Strike Answer and for Entry of Default

Thursday May 3, 2012 at 10:00 a.m. and Friday May 4, 2012 at 2:00 p.m. *Id.* Defendant failed to present herself at either date and time.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at San Diego this 11th day of October, 2012.

__/s/ David A. Ortiz____

David A. Ortiz

OFFICE OF THE
UNITED STATES
TRUSTEE

UST v. TESLA GRAY
Adv. Proc. No. 10-90564-LA / Bk Case No. 08-10753-LA7
Motion to Strike Answer and for Entry of Default

# EXHIBIT 1

## Ortiz, David  (USTP)

| | |
|---|---|
| **From:** | Ajay Gupta, Esq. <ajay@guptalc.com> |
| **Sent:** | Monday, December 12, 2011 9:20 AM |
| **To:** | Ortiz, David  (USTP) |
| **Subject:** | Tesla Gray Adversary |

David,

Per our conversation, I am not representing Tesla Gray on the adversary proceedings. You have my permission to contact Tesla to move forward with any proceedings required for the adversary.

Ajay Gupta, Esq.
Gupta Legal Center
The Emerald Plaza (Broadway and State St.)
402 West Broadway, Suite 400
San Diego, CA  92101
Phone: (619) 866-3444
Fax:  (619) 330-2055
ajay@guptalc.com
http://www.guptalc.com/

The information contained in this message may be protected by the attorney-client privilege. Please immediately reply to the sender of this e-mail if you have received it in error, then delete it. Thank you.

1

EXHIBIT 2

## Ortiz, David  (USTP)

| | |
|---|---|
| **From:** | Ajay Gupta, Esq. <ajay@guptalc.com> |
| **Sent:** | Friday, February 10, 2012 4:34 PM |
| **To:** | Ortiz, David  (USTP) |
| **Subject:** | RE: Tesla Gray |

No problem.  Let me know if you need anything else.

Ajay Gupta, Esq.
Gupta Legal Center
The Emerald Plaza (Broadway and State St.)
402 West Broadway, Suite 400
San Diego, CA  92101
Phone: (619) 866-3444
Fax:  (619) 330-2055
ajay@guptalc.com
http://www.guptalc.com/

The information contained in this message may be protected by the attorney-client privilege. Please immediately reply to the sender of this e-mail if you have received it in error, then delete it. Thank you.

**From:** Ortiz, David (USTP) [mailto:David.A.Ortiz@usdoj.gov]
**Sent:** Friday, February 10, 2012 10:42 AM
**To:** Ajay Gupta, Esq.
**Subject:** RE: Tesla Gray

Thanks for getting back to me so soon.

**From:** Ajay Gupta, Esq. [mailto:ajay@guptalc.com]
**Sent:** Friday, February 10, 2012 10:40 AM
**To:** Ortiz, David (USTP)
**Subject:** FW: Tesla Gray

2021 South Nevada
Oceanside CA 92054
760-815-8377
teslagray1@hotmail.com


Ajay Gupta, Esq.
Gupta Legal Center
The Emerald Plaza (Broadway and State St.)
402 West Broadway, Suite 400
San Diego, CA  92101
Phone: (619) 866-3444
Fax:  (619) 330-2055
ajay@guptalc.com
http://www.guptalc.com/

1

The information contained in this message may be protected by the attorney-client privilege. Please immediately reply to the sender of this e-mail if you have received it in error, then delete it. Thank you.

---------- Forwarded message ----------
From: **Ortiz, David (USTP)** <David.A.Ortiz@usdoj.gov>
Date: Fri, Feb 10, 2012 at 8:43 AM
Subject: Tesla Gray
To: "Ajay Gupta, Esq. (ajay@guptalc.com)" <ajay@guptalc.com>

Ajay:  As we discussed, could your forward the most recent contact information you have for Ms. Gray.  You are still listed as the attorney of record for the chapter 7 underlying case, but not the UST's adversary.  You informed me as much.  I need to contact Ms. Gray to schedule the Court mandated meet and confer and early exchange of documents pursuant to FRBP 7026.  What I need is both her telephone contact number and her e-mail address.  This will facilitate our obligations to coordinate discovery.

Please do not delay in responding to this e-mail as I want to get this case going. Thank you in advance for your courtesy and cooperation.

**David A. Ortiz**
United States Department of Justice
Office of the United States Trustee
Trial Attorney

(619) 557-5013 ext. 4795 Work
(619) 557-5339 (Fax)
David.A.Ortiz@usdoj.gov
402 W. Broadway, Suite 600
San Diego, CA 92101

PLEASE DO NOT read, copy or disseminate this Internet E-mail if you are not the intended addressee. This E-mail may contain privileged information intended only for the addressee. If you have received this E-mail in error, please call us immediately at (619) 557-5013 and ask to speak to the sender of the communication.  Also, please notify the sender immediately, by E-mail, that you have received this E-mail in error and have deleted it.

2

EXHIBIT 3

## Ortiz, David  (USTP)

| | |
|---|---|
| **From:** | Ortiz, David  (USTP) |
| **Sent:** | Wednesday, March 07, 2012 2:00 PM |
| **To:** | 'teslagray1@hotmail.com' |
| **Cc:** | Carroll, Tiffany  (USTP); Mihelic, Kristin T. (USTP) |
| **Subject:** | Meet and Confer-- UST v. Tesla Gray 10-90564-LA |
| **Attachments:** | David A  Ortiz.vcf; Tesla Gray Adversary |

Ms. Gray:  This e-mail follows up our telephone conversation this afternoon regarding the United States Trustee's (UST) complaint objecting to your chapter 7 discharge.

As you know, the UST filed a complaint against you on November 30, 2010 asking the Court to deny your discharge in bankruptcy.  You were then represented by Thomas Nelson.  He was subsequently relieved as counsel.  The UST filed a motion on June 20, 2011 to compel you to either obtain counsel or proceed in the adversary in pro per.  The Court granted the Motion and directed you to obtain counsel by July 22, 2011 or proceed in pro per in both your main bankruptcy case and the UST's adversary objecting to your discharge.  On July 29, 2011, Ajay Gupta filed a substitution of attorney in the case as your attorney of record.

After exchanging numerous e-mail and conferencing with Mr. Gupta regarding the UST's complaint, I was advised in December, 2011, that Mr. Gupta would not be representing you further with regard to the UST's complaint.  While he represents you in the main case, he provided the attached e-mail that states he does not represent you in the adversary and also provides written authorization to contact you directly to move forward with our obligations to bring the UST's complaint to trial.

As a pro per litigant you are required to comply with all of the obligations under the local and national bankruptcy rules.  As a threshold matter, Federal Rule of Bankruptcy Procedure 7026 requires you and I to meet and confer for an early exchange of documents and to discuss a discovery plan, including depositions and written discovery.  After that "meet and confer" we will then go before the Court in a pre-trial status conference to establish discovery deadlines and the like.

During our telephonic discussion this afternoon, I proposed we meet in person at the UST's conference room on Friday March 16, 2012.  I am open all day.  So feel free to propose a time.  You should bring any documents you intend to rely on in defense of the complaint.  We will provide you with the initial documents we have that we intend to rely upon in prosecution of the complaint.

You should also come prepared to discuss who you intend on calling as witnesses, who you intend on deposing (if any), and any other discovery you intend on taking in the case.  We will do the same.  In addition, since you have raised in your answer a defense of ineffective assistance of counsel you should come prepared to sign a waiver of the attorney client privilege as to Mr. Nelson so that this office may take his deposition relative to the allegations you made regarding his services in your answer.

Feel free to contact me at the below address and telephone with any questions you may have.

Very truly yours,

**David A. Ortiz**
United States Department of Justice
Office of the United States Trustee
Trial Attorney

(619) 557-5013 ext. 4795 Work
(619) 557-5339 (Fax)
David.A.Ortiz@usdoj.gov
402 W. Broadway, Suite 600
San Diego, CA  92101

PLEASE DO NOT read, copy or disseminate this Internet E-mail if you are not the intended addressee. This E-mail may contain privileged information intended only for the addressee. If you have received this E-mail in error, please call us immediately at (619) 557-5013 and ask to speak to the sender of the communication.  Also, please notify the sender immediately, by E-mail, that you have received this E-mail in error and have deleted it.

2

EXHIBIT 4

## Ortiz, David  (USTP)

| | |
|---|---|
| **From:** | Tesla Gray <teslagray1@hotmail.com> |
| **Sent:** | Wednesday, March 07, 2012 7:38 PM |
| **To:** | Ortiz, David  (USTP) |
| **Cc:** | Carroll, Tiffany  (USTP); Mihelic, Kristin T. (USTP) |
| **Subject:** | Re: Meet and Confer-- UST v. Tesla Gray 10-90564-LA |

This is a total shock to me, along with the phone call from you today. Mr. Guptalc is my attorney and I have been trying to get ahold of him. I emailed him and left a phone message. I know that you have been communicating with my attorney Mr. Guptalc and I would ask that you please continue working with my him.
Thank You,
Tesla Gray

On Mar 7, 2012, at 1:59 PM, "Ortiz, David  (USTP)" <David.A.Ortiz@usdoj.gov> wrote:

> Ms. Gray:  This e-mail follows up our telephone conversation this afternoon regarding the United States Trustee's (UST) complaint objecting to your chapter 7 discharge.
>
> As you know, the UST filed a complaint against you on November 30, 2010 asking the Court to deny your discharge in bankruptcy.  You were then represented by Thomas Nelson.  He was subsequently relieved as counsel.  The UST filed a motion on June 20, 2011 to compel you to either obtain counsel or proceed in the adversary in pro per.  The Court granted the Motion and directed you to obtain counsel by July 22, 2011 or proceed in pro per in both your main bankruptcy case and the UST's adversary objecting to your discharge.  On July 29, 2011, Ajay Gupta filed a substitution of attorney in the case as your attorney of record.
>
> After exchanging numerous e-mail and conferencing with Mr. Gupta regarding the UST's complaint, I was advised in December, 2011, that Mr. Gupta would not be representing you further with regard to the UST's complaint.  While he represents you in the main case, he provided the attached e-mail that states he does not represent you in the adversary and also provides written authorization to contact you directly to move forward with our obligations to bring the UST's complaint to trial.
>
> As a pro per litigant you are required to comply with all of the obligations under the local and national bankruptcy rules.  As a threshold matter, Federal Rule of Bankruptcy Procedure 7026 requires you and I to meet and confer for an early exchange of documents and to discuss a discovery plan, including depositions and written discovery.  After that "meet and confer" we will then go before the Court in a pre-trial status conference to establish discovery deadlines and the like.
>
> During our telephonic discussion this afternoon, I proposed we meet in person at the UST's conference room on Friday March 16, 2012.  I am open all day.  So feel free to propose a time.  You should bring any documents you intend to rely on in defense of the complaint.  We will provide you with the initial documents we have that we intend to rely upon in prosecution of the complaint.
>
> You should also come prepared to discuss who you intend on calling as witnesses, who you intend on deposing (if any), and any other discovery you intend on taking in the case.  We will do the same.  In addition, since you have raised in your answer a defense of ineffective assistance of counsel you should come prepared to sign a waiver of the attorney client privilege as to Mr. Nelson so that this office may take his deposition relative to the allegations you made regarding his services in your answer.

1

Feel free to contact me at the below address and telephone with any questions you may have.

Very truly yours,

<image001.jpg>

PLEASE DO NOT read, copy or disseminate this Internet E-mail if you are not the intended addressee. This E-mail may contain privileged information intended only for the addressee. If you have received this E-mail in error, please call us immediately at (619) 557-5013 and ask to speak to the sender of the communication.  Also, please notify the sender immediately, by E-mail, that you have received this E-mail in error and have deleted it.


<David A Ortiz.vcf>

David,

Per our conversation, I am not representing Tesla Gray on the adversary proceedings. You have my permission to contact Tesla to move forward with any proceedings required for the adversary.

Ajay Gupta, Esq.
Gupta Legal Center
The Emerald Plaza (Broadway and State St.)
402 West Broadway, Suite 400
San Diego, CA  92101
Phone: (619) 866-3444
Fax:  (619) 330-2055
ajay@guptalc.com
http://www.guptalc.com/

The information contained in this message may be protected by the attorney-client privilege. Please immediately reply to the sender of this e-mail if you have received it in error, then delete it. Thank you.

2

EXHIBIT 5

## Ortiz, David  (USTP)

| | |
|---|---|
| **From:** | Ortiz, David  (USTP) |
| **Sent:** | Thursday, March 08, 2012 9:50 AM |
| **To:** | 'Tesla Gray'; Ajay Gupta, Esq. (ajay@guptalc.com) |
| **Cc:** | Carroll, Tiffany  (USTP); Mihelic, Kristin T. (USTP) |
| **Subject:** | RE: Meet and Confer-- UST v. Tesla Gray 10-90564-LA |
| **Attachments:** | David A  Ortiz2.vcf; ORDER TO OBTAIN COUNSEL.pdf |

Mr. Gupta:  There is either a grave misunderstanding between you and your client, or a deliberate misrepresentation by your client to this office regarding the status of your involvement as counsel.  If you do represent Ms. Gray in this matter, please respond whether you are available to meet and confer next Friday, March 16, 2012.  If you do not represent Ms. Gray in this adversary, but she thinks you do, you must file a motion with the Court to be relieved as counsel as to the adversary and get an order to that effect.  If neither is done, I will file a motion to have her held in contempt of court for failure to abide by the order directing her to obtain counsel (attached).  I will also submit an order substituting the debtor in as her own counsel in this adversary per the terms of the order.  I will submit a declaration in support of the contempt motion that sets forth the facts to date.

This sort of "musical chairs" game regarding representation of Ms. Gray as it relates to the UST's adversary has gone on for far too long.  She was ordered on July 21, 2011 to obtain counsel with respect to the adversary.  You came into the case on July 29, 2012.  We discussed whether you would represent the debtor in the adversary while settlement discussions were ongoing with trustee over his adversary against Ray and Linda Gray.   I informed you that the UST would be willing to settle the UST's adversary with a waiver of the discharge under 11 U.S.C. §727(a)(10).  This would avoid the cost of trial and any subsequent findings of fact that would flow from such a trial.  You advised me that your client turned down that offer and was prepared to go to trial on the merits.  At that same time you informed me that you were not going to represent Ms. Gray in our §727 action.  Now she says that this is a surprise to her?  Frankly, I am shocked at her response.

Please respond to this e-mail asap so that I may act accordingly.

Regards,

**David A. Ortiz**
United States Department of Justice
Office of the United States Trustee
Trial Attorney

(619) 557-5013 ext. 4795 Work
(619) 557-5339 (Fax)
David.A.Ortiz@usdoj.gov
402 W. Broadway, Suite 600
San Diego, CA  92101

PLEASE DO NOT read, copy or disseminate this Internet E-mail if you are not the intended addressee. This E-mail may contain privileged information intended only for the addressee. If you have received this E-mail in error, please call us immediately at (619) 557-5013 and ask to speak to the sender of the communication. Also, please notify the sender immediately, by E-mail, that you have received this E-mail in error and have deleted it.

**From:** Tesla Gray [mailto:teslagray1@hotmail.com]
**Sent:** Wednesday, March 07, 2012 7:38 PM
**To:** Ortiz, David (USTP)

**Cc:** Carroll, Tiffany (USTP); Mihelic, Kristin T. (USTP)
**Subject:** Re: Meet and Confer-- UST v. Tesla Gray 10-90564-LA

This is a total shock to me, along with the phone call from you today. Mr. Guptalc is my attorney and I have been trying to get ahold of him. I emailed him and left a phone message. I know that you have been communicating with my attorney Mr. Guptalc and I would ask that you please continue working with my him.
Thank You,
Tesla Gray

On Mar 7, 2012, at 1:59 PM, "Ortiz, David  (USTP)" <David.A.Ortiz@usdoj.gov> wrote:

Ms. Gray:  This e-mail follows up our telephone conversation this afternoon regarding the United States Trustee's (UST) complaint objecting to your chapter 7 discharge.

As you know, the UST filed a complaint against you on November 30, 2010 asking the Court to deny your discharge in bankruptcy.  You were then represented by Thomas Nelson.  He was subsequently relieved as counsel.  The UST filed a motion on June 20, 2011 to compel you to either obtain counsel or proceed in the adversary in pro per.  The Court granted the Motion and directed you to obtain counsel by July 22, 2011 or proceed in pro per in both your main bankruptcy case and the UST's adversary objecting to your discharge.  On July 29, 2011, Ajay Gupta filed a substitution of attorney in the case as your attorney of record.

After exchanging numerous e-mail and conferencing with Mr. Gupta regarding the UST's complaint, I was advised in December, 2011, that Mr. Gupta would not be representing you further with regard to the UST's complaint.  While he represents you in the main case, he provided the attached e-mail that states he does not represent you in the adversary and also provides written authorization to contact you directly to move forward with our obligations to bring the UST's complaint to trial.

As a pro per litigant you are required to comply with all of the obligations under the local and national bankruptcy rules.  As a threshold matter, Federal Rule of Bankruptcy Procedure 7026 requires you and I to meet and confer for an early exchange of documents and to discuss a discovery plan, including depositions and written discovery.  After that "meet and confer" we will then go before the Court in a pre-trial status conference to establish discovery deadlines and the like.

During our telephonic discussion this afternoon, I proposed we meet in person at the UST's conference room on Friday March 16, 2012.  I am open all day.  So feel free to propose a time.  You should bring any documents you intend to rely on in defense of the complaint.  We will provide you with the initial documents we have that we intend to rely upon in prosecution of the complaint.

You should also come prepared to discuss who you intend on calling as witnesses, who you intend on deposing (if any), and any other discovery you intend on taking in the case.  We will do the same.  In addition, since you have raised in your answer a defense of ineffective assistance of counsel you should come prepared to sign a waiver of the attorney client privilege as to Mr. Nelson so that this office may take his deposition relative to the allegations you made regarding his services in your answer.

Feel free to contact me at the below address and telephone with any questions you may have.

Very truly yours,

<image001.jpg>

PLEASE DO NOT read, copy or disseminate this Internet E-mail if you are not the intended addressee. This E-mail may contain privileged information intended only for the addressee. If you have received this E-mail in error, please call us immediately at (619) 557-5013 and ask to speak to the sender of the communication.  Also, please notify the sender immediately, by E-mail, that you have received this E-mail in error and have deleted it.

&lt;David A Ortiz.vcf&gt;

David,

Per our conversation, I am not representing Tesla Gray on the adversary proceedings. You have my permission to contact Tesla to move forward with any proceedings required for the adversary.

Ajay Gupta, Esq.
Gupta Legal Center
The Emerald Plaza (Broadway and State St.)
402 West Broadway, Suite 400
San Diego, CA  92101
Phone: (619) 866-3444
Fax:  (619) 330-2055
ajay@guptalc.com
http://www.guptalc.com/

The information contained in this message may be protected by the attorney-client privilege. Please immediately reply to the sender of this e-mail if you have received it in error, then delete it. Thank you.

3

# EXHIBIT 6

## Ortiz, David  (USTP)

| | |
|---|---|
| **From:** | Ajay Gupta, Esq. <ajay@guptalc.com> |
| **Sent:** | Friday, March 09, 2012 5:24 PM |
| **To:** | Ortiz, David  (USTP); Tesla Gray |
| **Cc:** | Carroll, Tiffany  (USTP); Mihelic, Kristin T. (USTP) |
| **Subject:** | RE: Meet and Confer-- UST v. Tesla Gray 10-90564-LA |

Confirmed.

Ajay Gupta, Esq.
Gupta Legal Center
The Emerald Plaza (Broadway and State St.)
402 West Broadway, Suite 400
San Diego, CA  92101
Phone: (619) 866-3444
Fax:  (619) 330-2055
ajay@guptalc.com
http://www.guptalc.com/

The information contained in this message may be protected by the attorney-client privilege. Please immediately reply to the sender of this e-mail if you have received it in error, then delete it. Thank you.

**From:** Ortiz, David (USTP) [mailto:David.A.Ortiz@usdoj.gov]
**Sent:** Friday, March 09, 2012 4:01 PM
**To:** Tesla Gray; Ajay Gupta, Esq.
**Cc:** Carroll, Tiffany (USTP); Mihelic, Kristin T. (USTP)
**Subject:** RE: Meet and Confer-- UST v. Tesla Gray 10-90564-LA

Mr. Gupta:  This confirms our telephone conversation this afternoon that you hope to have the question regarding your prospective role in the case resolved by next week.  I will wait to hear from you.
Regards,

> **David A. Ortiz**
> United States Department of Justice
> Office of the United States Trustee
> Trial Attorney
>
> (619) 557-5013 ext. 4795 Work
> (619) 557-5339 (Fax)
> David.A.Ortiz@usdoj.gov
> 402 W. Broadway, Suite 600
> San Diego, CA  92101

PLEASE DO NOT read, copy or disseminate this Internet E-mail if you are not the intended addressee. This E-mail may contain privileged information intended only for the addressee. If you have received this E-mail in error, please call us immediately at (619) 557-5013 and ask to speak to the sender of the communication.  Also, please notify the sender immediately, by E-mail, that you have received this E-mail in error and have deleted it.

**From:** Ortiz, David (USTP)
**Sent:** Thursday, March 08, 2012 9:50 AM
**To:** 'Tesla Gray'; Ajay Gupta, Esq. (ajay@guptalc.com)

1

**Cc:** Carroll, Tiffany (USTP); Mihelic, Kristin T. (USTP)
**Subject:** RE: Meet and Confer-- UST v. Tesla Gray 10-90564-LA

Mr. Gupta: There is either a grave misunderstanding between you and your client, or a deliberate misrepresentation by your client to this office regarding the status of your involvement as counsel. If you do represent Ms. Gray in this matter, please respond whether you are available to meet and confer next Friday, March 16, 2012. If you do not represent Ms. Gray in this adversary, but she thinks you do, you must file a motion with the Court to be relieved as counsel as to the adversary and get an order to that effect. If neither is done, I will file a motion to have her held in contempt of court for failure to abide by the order directing her to obtain counsel (attached). I will also submit an order substituting the debtor in as her own counsel in this adversary per the terms of the order. I will submit a declaration in support of the contempt motion that sets forth the facts to date.

This sort of "musical chairs" game regarding representation of Ms. Gray as it relates to the UST's adversary has gone on for far too long. She was ordered on July 21, 2011 to obtain counsel with respect to the adversary. You came into the case on July 29, 2012. We discussed whether you would represent the debtor in the adversary while settlement discussions were ongoing with trustee over his adversary against Ray and Linda Gray. I informed you that the UST would be willing to settle the UST's adversary with a waiver of the discharge under 11 U.S.C. §727(a)(10). This would avoid the cost of trial and any subsequent findings of fact that would flow from such a trial. You advised me that your client turned down that offer and was prepared to go to trial on the merits. At that same time you informed me that you were not going to represent Ms. Gray in our §727 action. Now she says that this is a surprise to her? Frankly, I am shocked at her response.

Please respond to this e-mail asap so that I may act accordingly.

Regards,

**David A. Ortiz**
United States Department of Justice
Office of the United States Trustee
Trial Attorney

(619) 557-5013 ext. 4795 Work
(619) 557-5339 (Fax)
David.A.Ortiz@usdoj.gov
402 W. Broadway, Suite 600
San Diego, CA 92101

PLEASE DO NOT read, copy or disseminate this Internet E-mail if you are not the intended addressee. This E-mail may contain privileged information intended only for the addressee. If you have received this E-mail in error, please call us immediately at (619) 557-5013 and ask to speak to the sender of the communication. Also, please notify the sender immediately, by E-mail, that you have received this E-mail in error and have deleted it.

**From:** Tesla Gray [mailto:teslagray1@hotmail.com]
**Sent:** Wednesday, March 07, 2012 7:38 PM
**To:** Ortiz, David (USTP)
**Cc:** Carroll, Tiffany (USTP); Mihelic, Kristin T. (USTP)
**Subject:** Re: Meet and Confer-- UST v. Tesla Gray 10-90564-LA

This is a total shock to me, along with the phone call from you today. Mr. Guptalc is my attorney and I have been trying to get ahold of him. I emailed him and left a phone message. I know that you have been communicating with my attorney Mr. Guptalc and I would ask that you please continue working with my him.
Thank You,
Tesla Gray

2

On Mar 7, 2012, at 1:59 PM, "Ortiz, David  (USTP)" <David.A.Ortiz@usdoj.gov> wrote:

Ms. Gray:  This e-mail follows up our telephone conversation this afternoon regarding the United States Trustee's (UST) complaint objecting to your chapter 7 discharge.

As you know, the UST filed a complaint against you on November 30, 2010 asking the Court to deny your discharge in bankruptcy.  You were then represented by Thomas Nelson.  He was subsequently relieved as counsel.  The UST filed a motion on June 20, 2011 to compel you to either obtain counsel or proceed in the adversary in pro per.  The Court granted the Motion and directed you to obtain counsel by July 22, 2011 or proceed in pro per in both your main bankruptcy case and the UST's adversary objecting to your discharge.  On July 29, 2011, Ajay Gupta filed a substitution of attorney in the case as your attorney of record.

After exchanging numerous e-mail and conferencing with Mr. Gupta regarding the UST's complaint, I was advised in December, 2011, that Mr. Gupta would not be representing you further with regard to the UST's complaint.  While he represents you in the main case, he provided the attached e-mail that states he does not represent you in the adversary and also provides written authorization to contact you directly to move forward with our obligations to bring the UST's complaint to trial.

As a pro per litigant you are required to comply with all of the obligations under the local and national bankruptcy rules.  As a threshold matter, Federal Rule of Bankruptcy Procedure 7026 requires you and I to meet and confer for an early exchange of documents and to discuss a discovery plan, including depositions and written discovery.  After that "meet and confer" we will then go before the Court in a pre-trial status conference to establish discovery deadlines and the like.

During our telephonic discussion this afternoon, I proposed we meet in person at the UST's conference room on Friday March 16, 2012.  I am open all day.  So feel free to propose a time.  You should bring any documents you intend to rely on in defense of the complaint.  We will provide you with the initial documents we have that we intend to rely upon in prosecution of the complaint.

You should also come prepared to discuss who you intend on calling as witnesses, who you intend on deposing (if any), and any other discovery you intend on taking in the case.  We will do the same.  In addition, since you have raised in your answer a defense of ineffective assistance of counsel you should come prepared to sign a waiver of the attorney client privilege as to Mr. Nelson so that this office may take his deposition relative to the allegations you made regarding his services in your answer.

Feel free to contact me at the below address and telephone with any questions you may have.

Very truly yours,

<image001.jpg>
PLEASE DO NOT read, copy or disseminate this Internet E-mail if you are not the intended addressee. This E-mail may contain privileged information intended only for the addressee. If you have received this E-mail in error, please call us immediately at (619) 557-5013 and ask to speak to the sender of the communication. Also, please notify the sender immediately, by E-mail, that you have received this E-mail in error and have deleted it.

<David A Ortiz.vcf>

David,

Per our conversation, I am not representing Tesla Gray on the adversary proceedings. You have my permission to contact Tesla to move forward with any proceedings required for the adversary.

3

Ajay Gupta, Esq.
Gupta Legal Center
The Emerald Plaza (Broadway and State St.)
402 West Broadway, Suite 400
San Diego, CA  92101
Phone: (619) 866-3444
Fax:  (619) 330-2055
ajay@guptalc.com
http://www.guptalc.com/

The information contained in this message may be protected by the attorney-client privilege. Please immediately reply to the sender of this e-mail if you have received it in error, then delete it. Thank you.

4

EXHIBIT 7

## Ortiz, David  (USTP)

| | |
|---|---|
| **From:** | tesla gray <teslagray1@hotmail.com> |
| **Sent:** | Wednesday, March 14, 2012 5:43 PM |
| **To:** | Ortiz, David  (USTP) |

Mr. Ortiz,

I thought that Mr. Gupta was representing me on the adversary case.  I have been talking with him but we have not finalized anything yet.  My father is trying to borrow money to pay Mr. Gupta.
I have lost everything, my father has $15 million in judgements against him for guarantees on my loans, tomorrow I have to be in court for an eviction hearing on my house--things are not good...
I have co-operated with everything the Trustees have asked of me for the past 4 years. I am willing to cooperate now by a meet and confer with you.  Can you come to Oceanside to meet and confer?

Thank you,

Tesla Gray

1

# EXHIBIT 8

## Ortiz, David  (USTP)

**From:** Ajay Gupta, Esq. <ajay@guptalc.com>
**Sent:** Wednesday, March 14, 2012 7:50 PM
**To:** Ortiz, David  (USTP)
**Cc:** Carroll, Tiffany  (USTP); Mihelic, Kristin T. (USTP); Tesla Gray; ray gray
**Subject:** RE: Meet and Confer-- UST v. Tesla Gray 10-90564-LA
**Attachments:** FW:

David,

Per the attached email, I am not representing Tesla on the adversary proceeding.  If you have any questions, do not hesitate to give me a call.

Ajay Gupta, Esq.
Gupta Legal Center
The Emerald Plaza (Broadway and State St.)
402 West Broadway, Suite 400
San Diego, CA  92101
Phone: (619) 866-3444
Fax:  (619) 330-2055
ajay@guptalc.com
http://www.guptalc.com/

The information contained in this message may be protected by the attorney-client privilege. Please immediately reply to the sender of this e-mail if you have received it in error, then delete it. Thank you.

**From:** Ortiz, David (USTP) [mailto:David.A.Ortiz@usdoj.gov]
**Sent:** Friday, March 09, 2012 4:01 PM
**To:** Tesla Gray; Ajay Gupta, Esq.
**Cc:** Carroll, Tiffany (USTP); Mihelic, Kristin T. (USTP)
**Subject:** RE: Meet and Confer-- UST v. Tesla Gray 10-90564-LA

Mr. Gupta:  This confirms our telephone conversation this afternoon that you hope to have the question regarding your prospective role in the case resolved by next week.  I will wait to hear from you.
Regards,

**David A. Ortiz**
United States Department of Justice
Office of the United States Trustee
Trial Attorney

(619) 557-5013 ext. 4795 Work
(619) 557-5339 (Fax)
David.A.Ortiz@usdoj.gov
402 W. Broadway, Suite 600
San Diego, CA  92101

PLEASE DO NOT read, copy or disseminate this Internet E-mail if you are not the intended addressee. This E-mail may contain privileged information intended only for the addressee. If you have received this E-mail in error, please call us immediately at (619) 557-5013 and ask to speak to the sender of the communication.  Also, please notify the sender immediately, by E-mail, that you have received this E-mail in error and have deleted it.

1

**From:** Ortiz, David (USTP)
**Sent:** Thursday, March 08, 2012 9:50 AM
**To:** 'Tesla Gray'; Ajay Gupta, Esq. (ajay@guptalc.com)
**Cc:** Carroll, Tiffany (USTP); Mihelic, Kristin T. (USTP)
**Subject:** RE: Meet and Confer-- UST v. Tesla Gray 10-90564-LA

Mr. Gupta: There is either a grave misunderstanding between you and your client, or a deliberate misrepresentation by your client to this office regarding the status of your involvement as counsel. If you do represent Ms. Gray in this matter, please respond whether you are available to meet and confer next Friday, March 16, 2012. If you do not represent Ms. Gray in this adversary, but she thinks you do, you must file a motion with the Court to be relieved as counsel as to the adversary and get an order to that effect. If neither is done, I will file a motion to have her held in contempt of court for failure to abide by the order directing her to obtain counsel (attached). I will also submit an order substituting the debtor in as her own counsel in this adversary per the terms of the order. I will submit a declaration in support of the contempt motion that sets forth the facts to date.

This sort of "musical chairs" game regarding representation of Ms. Gray as it relates to the UST's adversary has gone on for far too long. She was ordered on July 21, 2011 to obtain counsel with respect to the adversary. You came into the case on July 29, 2012. We discussed whether you would represent the debtor in the adversary while settlement discussions were ongoing with trustee over his adversary against Ray and Linda Gray. I informed you that the UST would be willing to settle the UST's adversary with a waiver of the discharge under 11 U.S.C. §727(a)(10). This would avoid the cost of trial and any subsequent findings of fact that would flow from such a trial. You advised me that your client turned down that offer and was prepared to go to trial on the merits. At that same time you informed me that you were not going to represent Ms. Gray in our §727 action. Now she says that this is a surprise to her? Frankly, I am shocked at her response.

Please respond to this e-mail asap so that I may act accordingly.

Regards,

**David A. Ortiz**
United States Department of Justice
Office of the United States Trustee
Trial Attorney

(619) 557-5013 ext. 4795 Work
(619) 557-5339 (Fax)
David.A.Ortiz@usdoj.gov
402 W. Broadway, Suite 600
San Diego, CA 92101

PLEASE DO NOT read, copy or disseminate this Internet E-mail if you are not the intended addressee. This E-mail may contain privileged information intended only for the addressee. If you have received this E-mail in error, please call us immediately at (619) 557-5013 and ask to speak to the sender of the communication. Also, please notify the sender immediately, by E-mail, that you have received this E-mail in error and have deleted it.

**From:** Tesla Gray [mailto:teslagray1@hotmail.com]
**Sent:** Wednesday, March 07, 2012 7:38 PM
**To:** Ortiz, David (USTP)
**Cc:** Carroll, Tiffany (USTP); Mihelic, Kristin T. (USTP)
**Subject:** Re: Meet and Confer-- UST v. Tesla Gray 10-90564-LA

This is a total shock to me, along with the phone call from you today. Mr. Guptalc is my attorney and I have been trying to get ahold of him. I emailed him and left a phone message. I know that you have been communicating with my attorney Mr. Guptalc and I would ask that you please continue working with my him.

2

Thank You,
Tesla Gray

On Mar 7, 2012, at 1:59 PM, "Ortiz, David (USTP)" <David.A.Ortiz@usdoj.gov> wrote:

Ms. Gray: This e-mail follows up our telephone conversation this afternoon regarding the United States Trustee's (UST) complaint objecting to your chapter 7 discharge.

As you know, the UST filed a complaint against you on November 30, 2010 asking the Court to deny your discharge in bankruptcy. You were then represented by Thomas Nelson. He was subsequently relieved as counsel. The UST filed a motion on June 20, 2011 to compel you to either obtain counsel or proceed in the adversary in pro per. The Court granted the Motion and directed you to obtain counsel by July 22, 2011 or proceed in pro per in both your main bankruptcy case and the UST's adversary objecting to your discharge. On July 29, 2011, Ajay Gupta filed a substitution of attorney in the case as your attorney of record.

After exchanging numerous e-mail and conferencing with Mr. Gupta regarding the UST's complaint, I was advised in December, 2011, that Mr. Gupta would not be representing you further with regard to the UST's complaint. While he represents you in the main case, he provided the attached e-mail that states he does not represent you in the adversary and also provides written authorization to contact you directly to move forward with our obligations to bring the UST's complaint to trial.

As a pro per litigant you are required to comply with all of the obligations under the local and national bankruptcy rules. As a threshold matter, Federal Rule of Bankruptcy Procedure 7026 requires you and I to meet and confer for an early exchange of documents and to discuss a discovery plan, including depositions and written discovery. After that "meet and confer" we will then go before the Court in a pre-trial status conference to establish discovery deadlines and the like.

During our telephonic discussion this afternoon, I proposed we meet in person at the UST's conference room on Friday March 16, 2012. I am open all day. So feel free to propose a time. You should bring any documents you intend to rely on in defense of the complaint. We will provide you with the initial documents we have that we intend to rely upon in prosecution of the complaint.

You should also come prepared to discuss who you intend on calling as witnesses, who you intend on deposing (if any), and any other discovery you intend on taking in the case. We will do the same. In addition, since you have raised in your answer a defense of ineffective assistance of counsel you should come prepared to sign a waiver of the attorney client privilege as to Mr. Nelson so that this office may take his deposition relative to the allegations you made regarding his services in your answer.

Feel free to contact me at the below address and telephone with any questions you may have.

Very truly yours,

<image001.jpg>

PLEASE DO NOT read, copy or disseminate this Internet E-mail if you are not the intended addressee. This E-mail may contain privileged information intended only for the addressee. If you have received this E-mail in error, please call us immediately at (619) 557-5013 and ask to speak to the sender of the communication. Also, please notify the sender immediately, by E-mail, that you have received this E-mail in error and have deleted it.

<David A Ortiz.vcf>

David,

3

Per our conversation, I am not representing Tesla Gray on the adversary proceedings. You have my permission to contact Tesla to move forward with any proceedings required for the adversary.

Ajay Gupta, Esq.
Gupta Legal Center
The Emerald Plaza (Broadway and State St.)
402 West Broadway, Suite 400
San Diego, CA  92101
Phone: (619) 866-3444
Fax:  (619) 330-2055
ajay@guptalc.com
http://www.guptalc.com/

The information contained in this message may be protected by the attorney-client privilege. Please immediately reply to the sender of this e-mail if you have received it in error, then delete it. Thank you.

4

EXHIBIT 9

# Ortiz, David  (USTP)

| | |
|---|---|
| **From:** | Ortiz, David  (USTP) |
| **Sent:** | Wednesday, March 21, 2012 1:26 PM |
| **To:** | Tesla Gray |
| **Cc:** | Carroll, Tiffany  (USTP); Mihelic, Kristin T. (USTP); 'Ajay Gupta, Esq.' |
| **Subject:** | RE: Meet and Confer-- UST v. Tesla Gray 10-90564-LA |
| **Attachments:** | David A  Ortiz4.vcf |

Ms. Gray:  This e-mail memorializes our telephone conversation this afternoon.  As you will note from the below e-mail from Mr. Gupta, he does not represent you in the adversary proceeding.  As such, you as a pro se defendant in the adversary proceeding must abide by the requirements to meet and confer with the UST in the matter.  I have proposed three *new* dates for that meet and confer: Wednesday March 28, 2012, Thursday March 29, 2012 or Friday March 30, 2012.  You indicated you needed time to decide what date and time would work for you.

The meeting will take place in the conference room at the Office of the United States Trustee at 402 West Broadway, Suite 600, San Diego, CA.

Please respond with a date and time that works for you.  If I do not hear back from you by Friday 3/23/12, I will take further action with the Court.

In addition to what we discussed, I also want to let you know that I have numerous documents that I intend on providing to you at the meet and confer, which early exchange is required under the rules.  You should bring any documents you intend to use in your defense as you have a similar obligation.

The documents that will be provided to you bear the numbering convention as follows:  UST 1001 through UST 9999.  Documents you provide should bear the numbering convention of GRA 10001 through GRA 19999.

In addition, and as previously communicated to you, you should come to the meet and confer prepared to discuss: 1) who you intend on calling as witnesses, 2) who you intend on deposing (if any), and 3) any other discovery you intend on taking in the case.  We will do the same.  In addition, since you have raised in your answer a defense of ineffective assistance of counsel you should come prepared to sign a waiver of the attorney client privilege as to Mr. Nelson so that this office may take his deposition relative to the allegations you made regarding his services in your answer.

I look forward to your prompt response.  As always, I am prepared to discuss settling the matter with your signing of a waiver of your discharge.  This will avoid the time and expense of a trial.  In the absence of any such settlement, you must take all actions to present and prosecute your defense.

Very truly yours,

**David A. Ortiz**
United States Department of Justice
Office of the United States Trustee
Trial Attorney

(619) 557-5013 **ext. 4795** Work
(619) 557-5339 (Fax)
David.A.Ortiz@usdoj.gov
402 W. Broadway, Suite 600
San Diego, CA  92101

PLEASE DO NOT read, copy or disseminate this Internet E-mail if you are not the intended addressee. This E-mail may contain privileged information intended only for the addressee. If you have received this E-mail in error, please call us immediately at (619) 557-5013 and ask to speak to the sender of the communication.  Also, please notify the sender immediately, by E-mail, that you have received this E-mail in error and have deleted it.

1

**From:** Ajay Gupta, Esq. [mailto:ajay@guptalc.com]
**Sent:** Wednesday, March 14, 2012 7:50 PM
**To:** Ortiz, David (USTP)
**Cc:** Carroll, Tiffany (USTP); Mihelic, Kristin T. (USTP); Tesla Gray; ray gray
**Subject:** RE: Meet and Confer-- UST v. Tesla Gray 10-90564-LA

David,

Per the attached email, I am not representing Tesla on the adversary proceeding.  If you have any questions, do not hesitate to give me a call.

Ajay Gupta, Esq.
Gupta Legal Center
The Emerald Plaza (Broadway and State St.)
402 West Broadway, Suite 400
San Diego, CA  92101
Phone: (619) 866-3444
Fax:  (619) 330-2055
ajay@guptalc.com
http://www.guptalc.com/

The information contained in this message may be protected by the attorney-client privilege. Please immediately reply to the sender of this e-mail if you have received it in error, then delete it. Thank you.

**From:** Ortiz, David (USTP) [mailto:David.A.Ortiz@usdoj.gov]
**Sent:** Friday, March 09, 2012 4:01 PM
**To:** Tesla Gray; Ajay Gupta, Esq.
**Cc:** Carroll, Tiffany (USTP); Mihelic, Kristin T. (USTP)
**Subject:** RE: Meet and Confer-- UST v. Tesla Gray 10-90564-LA

Mr. Gupta:  This confirms our telephone conversation this afternoon that you hope to have the question regarding your prospective role in the case resolved by next week.  I will wait to hear from you.
Regards,

**David A. Ortiz**
United States Department of Justice
Office of the United States Trustee
Trial Attorney

(619) 557-5013 ext. 4795 Work
(619) 557-5339 (Fax)
David.A.Ortiz@usdoj.gov
402 W. Broadway, Suite 600
San Diego, CA  92101

PLEASE DO NOT read, copy or disseminate this Internet E-mail if you are not the intended addressee. This E-mail may contain privileged information intended only for the addressee. If you have received this E-mail in error, please call us immediately at (619) 557-5013 and ask to speak to the sender of the communication. Also, please notify the sender immediately, by E-mail, that you have received this E-mail in error and have deleted it.

**From:** Ortiz, David (USTP)
**Sent:** Thursday, March 08, 2012 9:50 AM

2

**To:** 'Tesla Gray'; Ajay Gupta, Esq. (ajay@guptalc.com)
**Cc:** Carroll, Tiffany (USTP); Mihelic, Kristin T. (USTP)
**Subject:** RE: Meet and Confer-- UST v. Tesla Gray 10-90564-LA

Mr. Gupta: There is either a grave misunderstanding between you and your client, or a deliberate misrepresentation by your client to this office regarding the status of your involvement as counsel. If you do represent Ms. Gray in this matter, please respond whether you are available to meet and confer next Friday, March 16, 2012. If you do not represent Ms. Gray in this adversary, but she thinks you do, you must file a motion with the Court to be relieved as counsel as to the adversary and get an order to that effect. If neither is done, I will file a motion to have her held in contempt of court for failure to abide by the order directing her to obtain counsel (attached). I will also submit an order substituting the debtor in as her own counsel in this adversary per the terms of the order. I will submit a declaration in support of the contempt motion that sets forth the facts to date.

This sort of "musical chairs" game regarding representation of Ms. Gray as it relates to the UST's adversary has gone on for far too long. She was ordered on July 21, 2011 to obtain counsel with respect to the adversary. You came into the case on July 29, 2012. We discussed whether you would represent the debtor in the adversary while settlement discussions were ongoing with trustee over his adversary against Ray and Linda Gray. I informed you that the UST would be willing to settle the UST's adversary with a waiver of the discharge under 11 U.S.C. §727(a)(10). This would avoid the cost of trial and any subsequent findings of fact that would flow from such a trial. You advised me that your client turned down that offer and was prepared to go to trial on the merits. At that same time you informed me that you were not going to represent Ms. Gray in our §727 action. Now she says that this is a surprise to her? Frankly, I am shocked at her response.

Please respond to this e-mail asap so that I may act accordingly.

Regards,

**David A. Ortiz**
United States Department of Justice
Office of the United States Trustee
Trial Attorney

(619) 557-5013 ext. 4795 Work
(619) 557-5339 (Fax)
David.A.Ortiz@usdoj.gov
402 W. Broadway, Suite 600
San Diego, CA 92101

PLEASE DO NOT read, copy or disseminate this Internet E-mail if you are not the intended addressee. This E-mail may contain privileged information intended only for the addressee. If you have received this E-mail in error, please call us immediately at (619) 557-5013 and ask to speak to the sender of the communication. Also, please notify the sender immediately, by E-mail, that you have received this E-mail in error and have deleted it.

**From:** Tesla Gray [mailto:teslagray1@hotmail.com]
**Sent:** Wednesday, March 07, 2012 7:38 PM
**To:** Ortiz, David (USTP)
**Cc:** Carroll, Tiffany (USTP); Mihelic, Kristin T. (USTP)
**Subject:** Re: Meet and Confer-- UST v. Tesla Gray 10-90564-LA

This is a total shock to me, along with the phone call from you today. Mr. Guptalc is my attorney and I have been trying to get ahold of him. I emailed him and left a phone message. I know that you have been communicating with my attorney Mr. Guptalc and I would ask that you please continue working with my him.
Thank You,
Tesla Gray

3

On Mar 7, 2012, at 1:59 PM, "Ortiz, David  (USTP)" <David.A.Ortiz@usdoj.gov> wrote:

Ms. Gray:  This e-mail follows up our telephone conversation this afternoon regarding the United States Trustee's (UST) complaint objecting to your chapter 7 discharge.

As you know, the UST filed a complaint against you on November 30, 2010 asking the Court to deny your discharge in bankruptcy.  You were then represented by Thomas Nelson.  He was subsequently relieved as counsel.  The UST filed a motion on June 20, 2011 to compel you to either obtain counsel or proceed in the adversary in pro per.  The Court granted the Motion and directed you to obtain counsel by July 22, 2011 or proceed in pro per in both your main bankruptcy case and the UST's adversary objecting to your discharge.  On July 29, 2011, Ajay Gupta filed a substitution of attorney in the case as your attorney of record.

After exchanging numerous e-mail and conferencing with Mr. Gupta regarding the UST's complaint, I was advised in December, 2011, that Mr. Gupta would not be representing you further with regard to the UST's complaint.  While he represents you in the main case, he provided the attached e-mail that states he does not represent you in the adversary and also provides written authorization to contact you directly to move forward with our obligations to bring the UST's complaint to trial.

As a pro per litigant you are required to comply with all of the obligations under the local and national bankruptcy rules.  As a threshold matter, Federal Rule of Bankruptcy Procedure 7026 requires you and I to meet and confer for an early exchange of documents and to discuss a discovery plan, including depositions and written discovery.  After that "meet and confer" we will then go before the Court in a pre-trial status conference to establish discovery deadlines and the like.

During our telephonic discussion this afternoon, I proposed we meet in person at the UST's conference room on Friday March 16, 2012.  I am open all day.  So feel free to propose a time.  You should bring any documents you intend to rely on in defense of the complaint.  We will provide you with the initial documents we have that we intend to rely upon in prosecution of the complaint.

You should also come prepared to discuss who you intend on calling as witnesses, who you intend on deposing (if any), and any other discovery you intend on taking in the case.  We will do the same.  In addition, since you have raised in your answer a defense of ineffective assistance of counsel you should come prepared to sign a waiver of the attorney client privilege as to Mr. Nelson so that this office may take his deposition relative to the allegations you made regarding his services in your answer.

Feel free to contact me at the below address and telephone with any questions you may have.

Very truly yours,

<image001.jpg>

PLEASE DO NOT read, copy or disseminate this Internet E-mail if you are not the intended addressee. This E-mail may contain privileged information intended only for the addressee. If you have received this E-mail in error, please call us immediately at (619) 557-5013 and ask to speak to the sender of the communication.  Also, please notify the sender immediately, by E-mail, that you have received this E-mail in error and have deleted it.

<David A Ortiz.vcf>

David,

Per our conversation, I am not representing Tesla Gray on the adversary proceedings. You have my permission to contact Tesla to move forward with any proceedings required for the adversary.

4

Ajay Gupta, Esq.
Gupta Legal Center
The Emerald Plaza (Broadway and State St.)
402 West Broadway, Suite 400
San Diego, CA  92101
Phone: (619) 866-3444
Fax:  (619) 330-2055
ajay@guptalc.com
http://www.guptalc.com/

The information contained in this message may be protected by the attorney-client privilege. Please immediately reply to the sender of this e-mail if you have received it in error, then delete it. Thank you.

5

# EXHIBIT 10

## Ortiz, David  (USTP)

| | |
|---|---|
| **From:** | Tesla Gray <teslagray1@hotmail.com> |
| **Sent:** | Friday, March 23, 2012 4:50 PM |
| **To:** | Ortiz, David  (USTP) |
| **Subject:** | Adversary case |

Mr.Ortiz,
   I have contacted David Griffin,a San Diego attorney,and asked him to represent me on this case. He should be contacting you next week.
   Thank you,
      Tesla Gray

Sent from Tesla's iPhone

1

# EXHIBIT 11

## Ortiz, David  (USTP)

**From:**       Ortiz, David  (USTP)
**Sent:**       Friday, March 23, 2012 5:22 PM
**To:**         'Tesla Gray'
**Cc:**         Carroll, Tiffany  (USTP); Mihelic, Kristin T. (USTP); Vencill, Shannon M.  (USTP)
**Subject:**    RE: Adversary case


Please provide Mr. Griffin's contact information so that I may contact him directly.

David Ortiz,
Trial Attorney
United States Department of Justice
Office of the U.S. Trustee
402 W. Broadway, Suite 600
San Diego, CA 92101-8511
(619) 557-5013
<mailto:David.A.Ortiz@usdoj.gov>
PLEASE DO NOT read, copy or disseminate this Internet E-mail if you are not the intended addressee. This E-mail may contain privileged information intended only for the addressee. If you have received this E-mail in error, please call us immediately at (619) 557-5013 and ask to speak to the sender of the communication.  Also, please notify the sender immediately, by E-mail, that you have received this E-mail in error and have deleted it.

-----Original Message-----
From: Tesla Gray [mailto:teslagray1@hotmail.com]
Sent: Friday, March 23, 2012 4:50 PM
To: Ortiz, David (USTP)
Subject: Adversary case

Mr.Ortiz,
  I have contacted David Griffin,a San Diego attorney,and asked him to represent me on this case. He should be contacting you next week.
  Thank you,
      Tesla Gray

Sent from Tesla's iPhone

1

EXHIBIT 12

## Ortiz, David  (USTP)

| | |
|---|---|
| **From:** | David Griffin <drgriffinesq@gmail.com> |
| **Sent:** | Friday, March 23, 2012 5:29 PM |
| **To:** | Ortiz, David  (USTP) |
| **Subject:** | Tesla Gray |

**Mr. Ortiz,**

Tesla Gray has contacted me about the possibility of representing her in an adversary case brought against her by your office.

She said that she wanted me to email you by close of business today as to when we could meet and confer with you.  I have not seen the complaint as yet but will get back to you next week on my decision to represent her.

David Griffin SBN 76619

Next LawGroup

501 W Broadway Suite 800

San Diego , California 92101

619.964.2075

DISCLOSURE AND CONFIDENTIALITY - This  message is intended  only for the individual(s) and/or entity(ies) to whom it is addressed. It may contain privileged and confidential information, and may constitute a privileged and confidential attorney-client communication. Pursuant to California Evidence Code Section 952 and California Code of Civil Procedure Section 2018.010 et seq, as applicable, this information may not be disclosed, or otherwise distributed. If you are not the intended recipient, please do not disseminate, distribute or copy this message. Please also notify the author immediately by reply email and then delete the original message. If you are not a present client with a signed written retainer agreement, this communication does not create, establish or constitute an attorney-client relationship, nor will the information discussed be kept confidential. Any information provided herein by us does not constitute attorney advice. Thank you for your understanding and cooperation.

1

EXHIBIT 13

## Ortiz, David  (USTP)

| | |
|---|---|
| **From:** | Ortiz, David  (USTP) |
| **Sent:** | Friday, March 23, 2012 5:39 PM |
| **To:** | 'David Griffin' |
| **Cc:** | Carroll, Tiffany  (USTP); Mihelic, Kristin T. (USTP); Vencill, Shannon M.  (USTP) |
| **Subject:** | RE: Tesla Gray |
| **Attachments:** | David A  Ortiz.vcf |

Mr. Griffin Thank you for promptly contacting me.  This matter has been pending for over one year.  It has been repeatedly delayed due Ms. Gray's changes in representation.  The Court ordered her last year to obtain counsel or proceed in pro per.  At that time Ajay Gupta, Esq. agreed to come on as counsel.  He recently informed me that he would not be representing her with respect to the United States Trustee's complaint against Ms. Gray.  I am anxious to get this trial back on track.  To that end, I ask that you make your determination quickly so that I can inform the court that Ms. Gray has new counsel or seek further order of the Court that she proceed in pro per.

Thank you for your prompt attention to this matter.

> **David A. Ortiz**
> United States Department of Justice
> Office of the United States Trustee
> Trial Attorney
>
> (619) 557-5013 ext. 4795 Work
> (619) 557-5339 (Fax)
> David.A.Ortiz@usdoj.gov
> 402 W. Broadway, Suite 600
> San Diego, CA  92101

PLEASE DO NOT read, copy or disseminate this Internet E-mail if you are not the intended addressee. This E-mail may contain privileged information intended only for the addressee. If you have received this E-mail in error, please call us immediately at (619) 557-5013 and ask to speak to the sender of the communication.  Also, please notify the sender immediately, by E-mail, that you have received this E-mail in error and have deleted it.

**From:** David Griffin [mailto:drgriffinesq@gmail.com]
**Sent:** Friday, March 23, 2012 5:29 PM
**To:** Ortiz, David (USTP)
**Subject:** Tesla Gray

**Mr. Ortiz,**

Tesla Gray has contacted me about the possibility of representing her in an adversary case brought against her by your office.

She said that she wanted me to email you by close of business today as to when we could meet and confer with you.  I have not seen the complaint as yet but will get back to you next week on my decision to represent her.

1

David Griffin SBN 76619

Next LawGroup

501 W Broadway Suite 800

San Diego , California 92101

<u>619.964.2075</u>

DISCLOSURE AND CONFIDENTIALITY - This message is intended only for the individual(s) and/or entity(ies) to whom it is addressed. It may contain privileged and confidential information, and may constitute a privileged and confidential attorney-client communication. Pursuant to California Evidence Code Section 952 and California Code of Civil Procedure Section 2018.010 et seq, as applicable, this information may not be disclosed, or otherwise distributed. If you are not the intended recipient, please do not disseminate, distribute or copy this message. Please also notify the author immediately by reply email and then delete the original message. If you are not a present client with a signed written retainer agreement, this communication does not create, establish or constitute an attorney-client relationship, nor will the information discussed be kept confidential. Any information provided herein by us does not constitute attorney advice. Thank you for your understanding and cooperation.

2

EXHIBIT 14

## Ortiz, David (USTP)

| | |
|---|---|
| **From:** | David Griffin <drgriffinesq@gmail.com> |
| **Sent:** | Friday, March 23, 2012 6:56 PM |
| **To:** | Ortiz, David (USTP) |
| **Cc:** | Carroll, Tiffany (USTP); Mihelic, Kristin T. (USTP); Vencill, Shannon M. (USTP) |
| **Subject:** | RE: Tesla Gray |

Mr. Ortiz,
I really have no information yet about the matter or "a trial". I am not qualified to represent debtors in Bankruptcy. I am a commercial and business lawyer. However, I know that this matter has been botched to say the least and am interested in seeing how I can help straighten things out, make things right and orderly and get the assistance of competent Bankruptcy counsel if needed. You can rely on me to get our side lined up and responsive and the matter dealt with in a forthright and transparent manner. An early meeting with you next week should go a long way and setting up a path to the proper resolution of this matter. I have been in practice for over thirty years and have not been disciplined by the state bar for any reason. I say that only because Tesla's former counsel appears to be at least part of the historic problem.
Sincerely,

David Griffin SBN 76619
Next LawGroup
501 W Broadway Suite 800
San Diego , California 92101
619.964.2075


DISCLOSURE AND CONFIDENTIALITY - This message is intended only for the individual(s) and/or entity(ies) to whom it is addressed. It may contain privileged and confidential information, and may constitute a privileged and confidential attorney-client communication. Pursuant to California Evidence Code Section 952 and California Code of Civil Procedure Section 2018.010 et seq, as applicable, this information may not be disclosed, or otherwise distributed. If you are not the intended recipient, please do not disseminate, distribute or copy this message. Please also notify the author immediately by reply email and then delete the original message. If you are not a present client with a signed written retainer agreement, this communication does not create, establish or constitute an attorney-client relationship, nor will the information discussed be kept confidential. Any information provided herein by us does not constitute attorney advice. Thank you for your understanding and cooperation.


**From:** Ortiz, David (USTP) [mailto:David.A.Ortiz@usdoj.gov]
**Sent:** Friday, March 23, 2012 5:39 PM
**To:** David Griffin
**Cc:** Carroll, Tiffany (USTP); Mihelic, Kristin T. (USTP); Vencill, Shannon M. (USTP)
**Subject:** RE: Tesla Gray

Mr. Griffin Thank you for promptly contacting me. This matter has been pending for over one year. It has been repeatedly delayed due Ms. Gray's changes in representation. The Court ordered her last year to obtain counsel or proceed in pro per. At that time Ajay Gupta, Esq. agreed to come on as counsel. He recently informed me that he would not be representing her with respect to the United States Trustee's complaint against Ms. Gray. I am anxious to get this trial back on track. To that end, I ask that you make your determination quickly so that I can inform the court that Ms. Gray has new counsel or seek further order of the Court that she proceed in pro per.

1

Thank you for your prompt attention to this matter.

**David A. Ortiz**
United States Department of Justice
Office of the United States Trustee
Trial Attorney

(619) 557-5013 ext. 4795 Work
(619) 557-5339 (Fax)
David.A.Ortiz@usdoj.gov
402 W. Broadway, Suite 600
San Diego, CA 92101

PLEASE DO NOT read, copy or disseminate this Internet E-mail if you are not the intended addressee. This E-mail may contain privileged information intended only for the addressee. If you have received this E-mail in error, please call us immediately at (619) 557-5013 and ask to speak to the sender of the communication.  Also, please notify the sender immediately, by E-mail, that you have received this E-mail in error and have deleted it.

**From:** David Griffin [mailto:drgriffinesq@gmail.com]
**Sent:** Friday, March 23, 2012 5:29 PM
**To:** Ortiz, David (USTP)
**Subject:** Tesla Gray

**Mr. Ortiz,**

Tesla Gray has contacted me about the possibility of representing her in an adversary case brought against her by your office.

She said that she wanted me to email you by close of business today as to when we could meet and confer with you.  I have not seen the complaint as yet but will get back to you next week on my decision to represent her.

David Griffin SBN 76619

Next LawGroup

501 W Broadway Suite 800

San Diego , California 92101

619.964.2075

DISCLOSURE AND CONFIDENTIALITY - This  message is intended  only for the individual(s) and/or entity(ies) to whom it is addressed. It may contain privileged and confidential information, and may constitute a

2

privileged and confidential attorney-client communication. Pursuant to California Evidence Code Section 952 and California Code of Civil Procedure Section 2018.010 et seq, as applicable, this information may not be disclosed, or otherwise distributed. If you are not the intended recipient, please do not disseminate, distribute or copy this message. Please also notify the author immediately by reply email and then delete the original message. If you are not a present client with a signed written retainer agreement, this communication does not create, establish or constitute an attorney-client relationship, nor will the information discussed be kept confidential. Any information provided herein by us does not constitute attorney advice. Thank you for your understanding and cooperation.

# EXHIBIT 15

## Ortiz, David  (USTP)

| | |
|---|---|
| **From:** | Ortiz, David  (USTP) |
| **Sent:** | Monday, March 26, 2012 10:20 AM |
| **To:** | 'David Griffin' |
| **Cc:** | Carroll, Tiffany  (USTP); Mihelic, Kristin T. (USTP); Vencill, Shannon M.  (USTP) |
| **Subject:** | RE: Tesla Gray |
| **Attachments:** | David A  Ortiz2.vcf |

Mr. Griffin: Thank you for the update. I appreciate your candor regarding your bankruptcy experience. You may view the complaint and answer, as well as the record in the case electronically via the Court's CM/ECF (PACER) system. If you agree to enter the case as her attorney of record, I am prepared to meet and confer with you as her counsel to discuss the case. We understand Ms. Gray's position and her claims regarding the ineffective assistance of counsel. However, we do not share that view. The record in this case is quite compelling. If Ms. Gray does not have counsel in place shortly, I will be filing my discovery plan (unilaterally) and setting the matter back on the Court's calendar for a pre-trial status conference. If you are to be Ms. Gray's counsel, I look forward to working with you to get this matter resolved.

Regards,

**David A. Ortiz**
United States Department of Justice
Office of the United States Trustee
Trial Attorney

(619) 557-5013 ext. 4795 Work
(619) 557-5339 (Fax)
David.A.Ortiz@usdoj.gov
402 W. Broadway, Suite 600
San Diego, CA  92101

PLEASE DO NOT read, copy or disseminate this Internet E-mail if you are not the intended addressee. This E-mail may contain privileged information intended only for the addressee. If you have received this E-mail in error, please call us immediately at (619) 557-5013 and ask to speak to the sender of the communication. Also, please notify the sender immediately, by E-mail, that you have received this E-mail in error and have deleted it.

**From:** David Griffin [mailto:drgriffinesq@gmail.com]
**Sent:** Friday, March 23, 2012 6:56 PM
**To:** Ortiz, David (USTP)
**Cc:** Carroll, Tiffany (USTP); Mihelic, Kristin T. (USTP); Vencill, Shannon M. (USTP)
**Subject:** RE: Tesla Gray

Mr. Ortiz,
I really have no information yet about the matter or "a trial". I am not qualified to represent debtors in Bankruptcy. I am a commercial and business lawyer. However, I know that this matter has been botched to say the least and am interested in seeing how I can help straighten things out, make things right and orderly and get the assistance of competent Bankruptcy counsel if needed. You can rely on me to get our side lined up and responsive and the matter dealt with in a forthright and  transparent manner. An early meeting with you next week should go a long way and setting up a path to the proper resolution of this matter. I have been in practice for over thirty years and have not been disciplined by the state bar for any reason. I say that only because Tesla's former counsel appears to be at least part of the historic problem.
Sincerely,

David Griffin SBN 76619

1

Next LawGroup
501 W Broadway Suite 800
San Diego , California 92101
619.964.2075

DISCLOSURE AND CONFIDENTIALITY - This  message is intended  only for the individual(s) and/or entity(ies) to whom it is addressed. It may contain privileged and confidential information, and may constitute a privileged and confidential attorney-client communication. Pursuant to California Evidence Code Section 952 and California Code of Civil Procedure Section 2018.010 et seq, as applicable, this information may not be disclosed, or otherwise distributed. If you are not the intended recipient, please do not disseminate, distribute or copy this message. Please also notify the author immediately by reply email and then delete the original message. If you are not a present client with a signed written retainer agreement, this communication does not create, establish or constitute an attorney-client relationship, nor will the information discussed be kept confidential. Any information provided herein by us does not constitute attorney advice. Thank you for your understanding and cooperation.

**From:** Ortiz, David (USTP) [mailto:David.A.Ortiz@usdoj.gov]
**Sent:** Friday, March 23, 2012 5:39 PM
**To:** David Griffin
**Cc:** Carroll, Tiffany (USTP); Mihelic, Kristin T. (USTP); Vencill, Shannon M. (USTP)
**Subject:** RE: Tesla Gray

Mr. Griffin Thank you for promptly contacting me.  This matter has been pending for over one year.  It has been repeatedly delayed due Ms. Gray's changes in representation.  The Court ordered her last year to obtain counsel or proceed in pro per.  At that time Ajay Gupta, Esq. agreed to come on as counsel.  He recently informed me that he would not be representing her with respect to the United States Trustee's complaint against Ms. Gray.  I am anxious to get this trial back on track.  To that end, I ask that you make your determination quickly so that I can inform the court that Ms. Gray has new counsel or seek further order of the Court that she proceed in pro per.

Thank you for your prompt attention to this matter.

**David A. Ortiz**
United States Department of Justice
Office of the United States Trustee
Trial Attorney

(619) 557-5013 ext. 4795 Work
(619) 557-5339 (Fax)
David.A.Ortiz@usdoj.gov
402 W. Broadway, Suite 600
San Diego, CA  92101

PLEASE DO NOT read, copy or disseminate this Internet E-mail if you are not the intended addressee. This E-mail may contain privileged information intended only for the addressee. If you have received this E-mail in error, please call us immediately at (619) 557-5013 and ask to speak to the sender of the communication.  Also, please notify the sender immediately, by E-mail, that you have received this E-mail in error and have deleted it.

**From:** David Griffin [mailto:drgriffinesq@gmail.com]
**Sent:** Friday, March 23, 2012 5:29 PM
**To:** Ortiz, David (USTP)
**Subject:** Tesla Gray

2

**Mr. Ortiz,**

Tesla Gray has contacted me about the possibility of representing her in an adversary case brought against her by your office.

She said that she wanted me to email you by close of business today as to when we could meet and confer with you.  I have not seen the complaint as yet but will get back to you next week on my decision to represent her.

David Griffin SBN 76619

Next LawGroup

501 W Broadway Suite 800

San Diego , California 92101

619.964.2075

DISCLOSURE AND CONFIDENTIALITY - This message is intended only for the individual(s) and/or entity(ies) to whom it is addressed. It may contain privileged and confidential information, and may constitute a privileged and confidential attorney-client communication. Pursuant to California Evidence Code Section 952 and California Code of Civil Procedure Section 2018.010 et seq, as applicable, this information may not be disclosed, or otherwise distributed. If you are not the intended recipient, please do not disseminate, distribute or copy this message. Please also notify the author immediately by reply email and then delete the original message. If you are not a present client with a signed written retainer agreement, this communication does not create, establish or constitute an attorney-client relationship, nor will the information discussed be kept confidential. Any information provided herein by us does not constitute attorney advice. Thank you for your understanding and cooperation.

3

EXHIBIT 16

## Ortiz, David  (USTP)

| | |
|---|---|
| **From:** | Ortiz, David  (USTP) |
| **Sent:** | Wednesday, April 11, 2012 5:19 PM |
| **To:** | 'David Griffin' |
| **Cc:** | Carroll, Tiffany  (USTP); Mihelic, Kristin T. (USTP); Vencill, Shannon M.  (USTP) |
| **Subject:** | RE: Tesla Gray |
| **Attachments:** | David A  Ortiz3.vcf |

Mr. Griffin:  The last time we communicated (see below) you indicated that you were considering entering Ms. Gray's case to represent her in the United States Trustee's complaint objecting to her discharge.  I have not heard anything since, from you. Please advise whether you have accepted representation so that I can either arrange a pre-trial meet and confer with you.  Also, please let me know if you have decided to decline representation.  Your prompt response is appreciated.

**David A. Ortiz**
United States Department of Justice
Office of the United States Trustee
Trial Attorney

(619) 557-5013 ext. 4795 Work
(619) 557-5339 (Fax)
David.A.Ortiz@usdoj.gov
402 W. Broadway, Suite 600
San Diego, CA  92101

PLEASE DO NOT read, copy or disseminate this Internet E-mail if you are not the intended addressee. This E-mail may contain privileged information intended only for the addressee. If you have received this E-mail in error, please call us immediately at (619) 557-5013 and ask to speak to the sender of the communication.  Also, please notify the sender immediately, by E-mail, that you have received this E-mail in error and have deleted it.

**From:** Ortiz, David (USTP)
**Sent:** Monday, March 26, 2012 10:20 AM
**To:** 'David Griffin'
**Cc:** Carroll, Tiffany (USTP); Mihelic, Kristin T. (USTP); Vencill, Shannon M. (USTP)
**Subject:** RE: Tesla Gray

Mr. Griffin:  Thank you for the update.  I appreciate your candor regarding your bankruptcy experience.  You may view the complaint and answer, as well as the record in the case electronically via the Court's CM/ECF (PACER) system. If you agree to enter the case as her attorney of record, I am prepared to meet and confer with you as her counsel to discuss the case.  We understand Ms. Gray's position and her claims regarding the ineffective assistance of counsel.  However, we do not share that view.  The record in this case is quite compelling.  If Ms. Gray does not have counsel in place shortly, I will be filing my discovery plan (unilaterally) and setting the matter back on the Court's calendar for a pre-trial status conference.  If you are to be Ms. Gray's counsel, I look forward to working with you to get this matter resolved.

Regards,

**David A. Ortiz**
United States Department of Justice
Office of the United States Trustee
Trial Attorney

(619) 557-5013 ext. 4795 Work
(619) 557-5339 (Fax)
David.A.Ortiz@usdoj.gov
402 W. Broadway, Suite 600
San Diego, CA  92101

1

PLEASE DO NOT read, copy or disseminate this Internet E-mail if you are not the intended addressee. This E-mail may contain privileged information intended only for the addressee. If you have received this E-mail in error, please call us immediately at (619) 557-5013 and ask to speak to the sender of the communication. Also, please notify the sender immediately, by E-mail, that you have received this E-mail in error and have deleted it.

**From:** David Griffin [mailto:drgriffinesq@gmail.com]
**Sent:** Friday, March 23, 2012 6:56 PM
**To:** Ortiz, David (USTP)
**Cc:** Carroll, Tiffany (USTP); Mihelic, Kristin T. (USTP); Vencill, Shannon M. (USTP)
**Subject:** RE: Tesla Gray

Mr. Ortiz,
I really have no information yet about the matter or "a trial". I am not qualified to represent debtors in Bankruptcy. I am a commercial and business lawyer. However, I know that this matter has been botched to say the least and am interested in seeing how I can help straighten things out, make things right and orderly and get the assistance of competent Bankruptcy counsel if needed. You can rely on me to get our side lined up and responsive and the matter dealt with in a forthright and transparent manner. An early meeting with you next week should go a long way and setting up a path to the proper resolution of this matter. I have been in practice for over thirty years and have not been disciplined by the state bar for any reason. I say that only because Tesla's former counsel appears to be at least part of the historic problem.
Sincerely,

David Griffin SBN 76619
Next LawGroup
501 W Broadway Suite 800
San Diego , California 92101
619.964.2075

DISCLOSURE AND CONFIDENTIALITY - This  message is intended  only for the individual(s) and/or entity(ies) to whom it is addressed. It may contain privileged and confidential information, and may constitute a privileged and confidential attorney-client communication. Pursuant to California Evidence Code Section 952 and California Code of Civil Procedure Section 2018.010 et seq, as applicable, this information may not be disclosed, or otherwise distributed. If you are not the intended recipient, please do not disseminate, distribute or copy this message. Please also notify the author immediately by reply email and then delete the original message. If you are not a present client with a signed written retainer agreement, this communication does not create, establish or constitute an attorney-client relationship, nor will the information discussed be kept confidential. Any information provided herein by us does not constitute attorney advice. Thank you for your understanding and cooperation.

**From:** Ortiz, David (USTP) [mailto:David.A.Ortiz@usdoj.gov]
**Sent:** Friday, March 23, 2012 5:39 PM
**To:** David Griffin
**Cc:** Carroll, Tiffany (USTP); Mihelic, Kristin T. (USTP); Vencill, Shannon M. (USTP)
**Subject:** RE: Tesla Gray

Mr. Griffin Thank you for promptly contacting me. This matter has been pending for over one year. It has been repeatedly delayed due Ms. Gray's changes in representation. The Court ordered her last year to obtain counsel or proceed in pro per. At that time Ajay Gupta, Esq. agreed to come on as counsel. He recently informed me that he would not be representing her with respect to the United States Trustee's complaint against Ms. Gray. I am anxious to get this trial back on track. To that end, I ask that you make your determination quickly so that I can inform the court that Ms. Gray has new counsel or seek further order of the Court that she proceed in pro per.

2

Thank you for your prompt attention to this matter.

**David A. Ortiz**
United States Department of Justice
Office of the United States Trustee
Trial Attorney

(619) 557-5013 ext. 4795 Work
(619) 557-5339 (Fax)
David.A.Ortiz@usdoj.gov
402 W. Broadway, Suite 600
San Diego, CA 92101

PLEASE DO NOT read, copy or disseminate this Internet E-mail if you are not the intended addressee. This E-mail may contain privileged information intended only for the addressee. If you have received this E-mail in error, please call us immediately at (619) 557-5013 and ask to speak to the sender of the communication.  Also, please notify the sender immediately, by E-mail, that you have received this E-mail in error and have deleted it.

**From:** David Griffin [mailto:drgriffinesq@gmail.com]
**Sent:** Friday, March 23, 2012 5:29 PM
**To:** Ortiz, David (USTP)
**Subject:** Tesla Gray

**Mr. Ortiz,**

Tesla Gray has contacted me about the possibility of representing her in an adversary case brought against her by your office.

She said that she wanted me to email you by close of business today as to when we could meet and confer with you.  I have not seen the complaint as yet but will get back to you next week on my decision to represent her.

David Griffin SBN 76619

Next LawGroup

501 W Broadway Suite 800

San Diego , California 92101

619.964.2075

DISCLOSURE AND CONFIDENTIALITY - This  message is intended  only for the individual(s) and/or entity(ies) to whom it is addressed. It may contain privileged and confidential information, and may constitute a

3

privileged and confidential attorney-client communication. Pursuant to California Evidence Code Section 952 and California Code of Civil Procedure Section 2018.010 et seq, as applicable, this information may not be disclosed, or otherwise distributed. If you are not the intended recipient, please do not disseminate, distribute or copy this message. Please also notify the author immediately by reply email and then delete the original message. If you are not a present client with a signed written retainer agreement, this communication does not create, establish or constitute an attorney-client relationship, nor will the information discussed be kept confidential. Any information provided herein by us does not constitute attorney advice. Thank you for your understanding and cooperation.

4

EXHIBIT 17

## Ortiz, David  (USTP)

| | |
|---|---|
| **From:** | Ortiz, David  (USTP) |
| **Sent:** | Wednesday, April 25, 2012 12:40 PM |
| **To:** | teslagray1@hotmail.com |
| **Cc:** | Carroll, Tiffany  (USTP); Mihelic, Kristin T. (USTP); Vencill, Shannon M.  (USTP); 'David Griffin' |
| **Subject:** | RE: Tesla Gray-- Rule 7026 Meet and Confer |
| **Attachments:** | 036010072569[1].pdf; RE: Meet and Confer-- UST v. Tesla Gray 10-90564-LA |

Ms. Gray:  The time has come to set up our mandatory meet and confer.  You are under order of the Court to appear and prosecute this case. *See* Attached order. The person who you said was going to represent you, David Griffin, has failed to confirm that he has entered the case as your lawyer in the adversary.  More importantly, however, there is no substitution of attorney filed in the adversary indicating he is now your attorney of record.  As a result, you are still *in pro per* and you must cooperate in the litigation.

Local Bankruptcy Rule 7026 requires you meet and confer with counsel for the United States Trustee. The last time I tried to arrange such a meeting, you failed to pick a mutually convenient date and time.  You delayed, stating that Mr. Griffin would be your lawyer.  That did not happen. The time has come to move this case along. Please pick one of the two following proposed dates and times for our mandatory pre-trial meeting:

Thursday May 3, 2012 at 10:00 a.m.
Friday May 4, 2012 at 2:00 p.m.

The meeting will take place in the conference room at the Office of the United States Trustee at 402 West Broadway, Suite 600, San Diego, CA.

Your failure to respond and pick a date or propose an alternate date will result in this office taking the matter before the Court to seek further sanctions against you.

Please provide you response by close of business tomorrow: April 26, 2012.  We intend on prosecuting this matter with or without your participation.

David Ortiz,
Trial Attorney
United States Department of Justice
Office of the U.S. Trustee
402 W. Broadway, Suite 600
San Diego, CA 92101-8511
(619) 557-5013 ext. 4795
<mailto:David.A.Ortiz@usdoj.gov>

PLEASE DO NOT read, copy or disseminate this Internet E-mail if you are not the intended addressee. This E-mail may contain privileged information intended only for the addressee. If you have received this E-mail in error, please call us immediately at (619) 557-5013 and ask to speak to the sender of the communication. Also, please notify the sender immediately, by E-mail, that you have received this E-mail in error and have deleted it.

**From:** Ortiz, David (USTP)
**Sent:** Wednesday, April 11, 2012 5:19 PM
**To:** 'David Griffin'
**Cc:** Carroll, Tiffany (USTP); Mihelic, Kristin T. (USTP); Vencill, Shannon M. (USTP)
**Subject:** RE: Tesla Gray

1

Mr. Griffin:  The last time we communicated (see below) you indicated that you were considering entering Ms. Gray's case to represent her in the United States Trustee's complaint objecting to her discharge.  I have not heard anything since, from you. Please advise whether you have accepted representation so that I can either arrange a pre-trial meet and confer with you.  Also, please let me know if you have decided to decline representation.  Your prompt response is appreciated.

**David A. Ortiz**
United States Department of Justice
Office of the United States Trustee
Trial Attorney

(619) 557-5013 ext. 4795 Work
(619) 557-5339 (Fax)
David.A.Ortiz@usdoj.gov
402 W. Broadway, Suite 600
San Diego, CA 92101

PLEASE DO NOT read, copy or disseminate this Internet E-mail if you are not the intended addressee. This E-mail may contain privileged information intended only for the addressee. If you have received this E-mail in error, please call us immediately at (619) 557-5013 and ask to speak to the sender of the communication.  Also, please notify the sender immediately, by E-mail, that you have received this E-mail in error and have deleted it.

**From:** Ortiz, David (USTP)
**Sent:** Monday, March 26, 2012 10:20 AM
**To:** 'David Griffin'
**Cc:** Carroll, Tiffany (USTP); Mihelic, Kristin T. (USTP); Vencill, Shannon M. (USTP)
**Subject:** RE: Tesla Gray

Mr. Griffin:  Thank you for the update.  I appreciate your candor regarding your bankruptcy experience.  You may view the complaint and answer, as well as the record in the case electronically via the Court's CM/ECF (PACER) system. If you agree to enter the case as her attorney of record, I am prepared to meet and confer with you as her counsel to discuss the case.  We understand Ms. Gray's position and her claims regarding the ineffective assistance of counsel.  However, we do not share that view.  The record in this case is quite compelling.  If Ms. Gray does not have counsel in place shortly, I will be filing my discovery plan (unilaterally) and setting the matter back on the Court's calendar for a pre-trial status conference.  If you are to be Ms. Gray's counsel, I look forward to working with you to get this matter resolved.

Regards,

**David A. Ortiz**
United States Department of Justice
Office of the United States Trustee
Trial Attorney

(619) 557-5013 ext. 4795 Work
(619) 557-5339 (Fax)
David.A.Ortiz@usdoj.gov
402 W. Broadway, Suite 600
San Diego, CA 92101

PLEASE DO NOT read, copy or disseminate this Internet E-mail if you are not the intended addressee. This E-mail may contain privileged information intended only for the addressee. If you have received this E-mail in error, please call us immediately at (619) 557-5013 and ask to speak to the sender of the communication.  Also, please notify the sender immediately, by E-mail, that you have received this E-mail in error and have deleted it.

**From:** David Griffin [mailto:drgriffinesq@gmail.com]
**Sent:** Friday, March 23, 2012 6:56 PM
**To:** Ortiz, David (USTP)
**Cc:** Carroll, Tiffany (USTP); Mihelic, Kristin T. (USTP); Vencill, Shannon M. (USTP)
**Subject:** RE: Tesla Gray

2

Mr. Ortiz,

I really have no information yet about the matter or "a trial". I am not qualified to represent debtors in Bankruptcy. I am a commercial and business lawyer. However, I know that this matter has been botched to say the least and am interested in seeing how I can help straighten things out, make things right and orderly and get the assistance of competent Bankruptcy counsel if needed. You can rely on me to get our side lined up and responsive and the matter dealt with in a forthright and transparent manner. An early meeting with you next week should go a long way and setting up a path to the proper resolution of this matter. I have been in practice for over thirty years and have not been disciplined by the state bar for any reason. I say that only because Tesla's former counsel appears to be at least part of the historic problem.

Sincerely,

David Griffin SBN 76619
Next LawGroup
501 W Broadway Suite 800
San Diego , California 92101
619.964.2075

DISCLOSURE AND CONFIDENTIALITY - This message is intended only for the individual(s) and/or entity(ies) to whom it is addressed. It may contain privileged and confidential information, and may constitute a privileged and confidential attorney-client communication. Pursuant to California Evidence Code Section 952 and California Code of Civil Procedure Section 2018.010 et seq, as applicable, this information may not be disclosed, or otherwise distributed. If you are not the intended recipient, please do not disseminate, distribute or copy this message. Please also notify the author immediately by reply email and then delete the original message. If you are not a present client with a signed written retainer agreement, this communication does not create, establish or constitute an attorney-client relationship, nor will the information discussed be kept confidential. Any information provided herein by us does not constitute attorney advice. Thank you for your understanding and cooperation.

**From:** Ortiz, David (USTP) [mailto:David.A.Ortiz@usdoj.gov]
**Sent:** Friday, March 23, 2012 5:39 PM
**To:** David Griffin
**Cc:** Carroll, Tiffany (USTP); Mihelic, Kristin T. (USTP); Vencill, Shannon M. (USTP)
**Subject:** RE: Tesla Gray

Mr. Griffin Thank you for promptly contacting me. This matter has been pending for over one year. It has been repeatedly delayed due Ms. Gray's changes in representation. The Court ordered her last year to obtain counsel or proceed in pro per. At that time Ajay Gupta, Esq. agreed to come on as counsel. He recently informed me that he would not be representing her with respect to the United States Trustee's complaint against Ms. Gray. I am anxious to get this trial back on track. To that end, I ask that you make your determination quickly so that I can inform the court that Ms. Gray has new counsel or seek further order of the Court that she proceed in pro per.

Thank you for your prompt attention to this matter.

3

**David A. Ortiz**
United States Department of Justice
Office of the United States Trustee
Trial Attorney

(619) 557-5013 ext. 4795 Work
(619) 557-5339 (Fax)
David.A.Ortiz@usdoj.gov
402 W. Broadway, Suite 600
San Diego, CA 92101

PLEASE DO NOT read, copy or disseminate this Internet E-mail if you are not the intended addressee. This E-mail may contain privileged information intended only for the addressee. If you have received this E-mail in error, please call us immediately at (619) 557-5013 and ask to speak to the sender of the communication. Also, please notify the sender immediately, by E-mail, that you have received this E-mail in error and have deleted it.

**From:** David Griffin [mailto:drgriffinesq@gmail.com]
**Sent:** Friday, March 23, 2012 5:29 PM
**To:** Ortiz, David (USTP)
**Subject:** Tesla Gray

**Mr. Ortiz,**

Tesla Gray has contacted me about the possibility of representing her in an adversary case brought against her by your office.

She said that she wanted me to email you by close of business today as to when we could meet and confer with you. I have not seen the complaint as yet but will get back to you next week on my decision to represent her.

David Griffin SBN 76619

Next LawGroup

501 W Broadway Suite 800

San Diego , California 92101

619.964.2075

DISCLOSURE AND CONFIDENTIALITY - This message is intended only for the individual(s) and/or entity(ies) to whom it is addressed. It may contain privileged and confidential information, and may constitute a privileged and confidential attorney-client communication. Pursuant to California Evidence Code Section 952 and California Code of Civil Procedure Section 2018.010 et seq, as applicable, this information may not be disclosed, or otherwise distributed. If you are not the intended recipient, please do not disseminate, distribute or

4

copy this message. Please also notify the author immediately by reply email and then delete the original message. If you are not a present client with a signed written retainer agreement, this communication does not create, establish or constitute an attorney-client relationship, nor will the information discussed be kept confidential. Any information provided herein by us does not constitute attorney advice. Thank you for your understanding and cooperation.